.

| | | |
|---|---|---|
| TAMMY MARIE WALTON<br>TOMMIE EARL WALTON<br>623 KINSINGTON COURT<br>RIDGELAND, MS 39157 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | SELENE FINANCE<br>ATTN: BANKRUPTCY<br>PO BOX 8619<br>PHILADELPHIA, PA 19101 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | SHADOW PROPERTY OWNERS<br>P.O. BOX 320248<br>FLOWOOD, MS 39232 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 | SHADOWOOD-WENDOVER HOA<br>P.O. BOX 320248<br>FLOWOOD, MS 39232 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| CAPITAL ONE AUTO<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | MS UROLOGY CLINIC<br>PO BOX 116663<br>ATLANTA, GA 30368 | TOTAL PAIN CARE<br>PO BOX 649113<br>DALLAS, TX 75264 |
| COMENITY<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 45318 | PRUDENTIAL<br>PO BOX 7390<br>PHILADELPHIA, PA 19176 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |
| ELITE PT<br>1645 W GOVERNMENT ST<br>BRANDON, MS 39042 | RADIOLOGICAL GROUP<br>P.O. BOX 2989<br>JACKSON, MS 39207 | UPS EMPLOYEES CU<br>ATTN: BANKRUPTCY<br>1814 E. BROOKS R.<br>MEMOHIS, TN 38116 |
| FOX COLLECTION CENTER<br>P.O. BOX 528<br>GOODLETTSVILL, TN 37070 | REPUBLIC FINANCE<br>ATTN: BANKRUPTCY<br>7031 COMMERCE CIRCLE<br>BATON ROUGE, LA 70809 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SELECT PORTFOLIO<br>ATTN: BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY, UT 84165 | WILKINSON LAW FIRM<br>51 KEYWOOD CIRCLE<br>FLOWOOD, MS 39232 |