**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: TAMMY MARIE WALTON<br>AKA TAMMY M WALTON<br>TOMMIE EARL WALTON<br>AKA TOMMIE E WALTON | CASE NO.: 25-01339-JAW<br>CHAPTER: 13 |

**ENTRY OF APPEARANCE**

I, Kimberly D. Putnam, appearing in the above entitled and numbered proceeding on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust, hereby request that it be placed on the mailing matrix and made a part of the record of this proceeding and that she be notified of all matters relevant to this case.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust
Date: June 3, 2025

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of the Entry of Appearance filed herein:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

Harold J. Barkley
Trustee
HJB@HBarkley13.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Entry of Appearance filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this day June 3, 2025.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust
Date: June 3, 2025