**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISION**

| | |
|---|---|
| IN RE: TAMMY MARIE WALTON A/K/A TAMMY M WALTON AND TOMMIE EARL WALTON A/K/A TOMMIE E WALTON, DEBTORS | CHAPTER 13 PROCEEDING |

CASE NO. 25-01339-JAW

**APPEARANCE OF COUNSEL**

LOGS Legal Group LLP of Jackson, Mississippi, enters its appearance of counsel of record for FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST SERIES 2020-3 in the above referenced bankruptcy. Pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which affect the Debtors or property of the Debtors.

Dated: This the 11th day of June, 2025.

Respectfully Submitted
LOGS LEGAL GROUP LLP

/s/ Wilkin Hensarling

William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

Harold J. Barkley, Jr., Chapter 13 Trustee
hjb@hbarkley13.com

Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Tammy Marie Walton
623 Kinsington Court
Ridgeland, MS 39157

Tommie Earl Walton
623 Kinsington Court
Ridgeland, MS 39157

Dated: __06/11/2025_____

                                              Respectfully Submitted
                                              LOGS LEGAL GROUP LLP

                                              /s/ Wilkin Hensarling

                                              William Savage #105785
                                              Eric Miller #102327
                                              Wilkin Hensarling #106551
                                              Attorney for Creditor

Presented by:
William Savage #105785
Eric Miller #102327
Wilkin Hensarling #106551
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-01339-JAW