**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISION**

| | |
|---|---|
| IN RE: TAMMY MARIE WALTON A/K/A TAMMY M WALTON AND TOMMIE EARL WALTON A/K/A TOMMIE E WALTON, DEBTORS | CHAPTER 13 PROCEEDING |
| | CASE NO. 25-01339-JAW |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1 and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1 (B),
<u>FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST SERIES 2020-3</u>,

☐ Corporate Debtor

☐ Party to an adversary proceeding

☒ Party to a contested matter

☐ Member of committee of creditors

Makes the following disclosure (s):

**All** corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: _June 24, 2025_____

                                           Respectfully Submitted
                                           LOGS LEGAL GROUP LLP
                                           _/s/ Eric C. Miller_____
                                           William Savage #105785
                                           Eric Miller #102327
                                           Attorney for Creditor