**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                          CHAPTER 13 NO.:

TAMMY MARIE WALTON
TOMMIE EARL WALTON                                                                  25 – 01339 – JAW

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      That, the Debtors were to have remitted to the Trustee on or before the scheduled 341(a) Meeting of Creditors on July 1, 2025 the amount of $19,425.00. However, as of this date $0.00 has been paid.

2.      That, all plan payments should be current on or before a hearing hereon or this case should be dismissed.

3.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July      2     , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Tammy Marie Walton
Tommie Earl Walton
623 Kinsington Court
Ridgeland, MS 39157


Dated: July \_\_\_\_2\_\_\_\_, 2025

                              /s/Harold J. Barkley, Jr.
                              HAROLD J. BARKLEY, JR.