IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: CHAPTER 13 NO.:

TAMMY MARIE WALTON
TOMMIE EARL WALTON 25 – 01339 – JAW

**O R D E R**

       THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #          ]; and the Court orders as follows:

       THAT, no response has been timely filed herein.

       THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

*/s/Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM