United States Bankruptcy Court
Southern District of Mississippi

In re:  
Tammy Marie Walton  
Tommie Earl Walton  
    Debtors

Case No. 25-01339-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2  
Date Rcvd: Jul 02, 2025      Form ID: hn002jaw      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tammy Marie Walton, Tommie Earl Walton, 623 Kinsington Court, Ridgeland, MS 39157-4138 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

**Name**      **Email Address**

Eric C Miller  
    on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans logsecf@logs.com

Harold J. Barkley, Jr.  
    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Kimberly D. Putnam  
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr  
    on behalf of Debtor Tammy Marie Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: hn002jaw | Total Noticed: 1 |

on behalf of Joint Debtor Tommie Earl Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wilkin Gray Hensarling

on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans whensarling@logs.com logsecf@logs.com

TOTAL: 7

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Tammy Marie Walton
    Tommie Earl Walton                                             CASE NO. 25−01339−JAW
          DEBTORS.                                                           CHAPTER 13

**NOTICE OF HEARING AND DEADLINES**

    The Trustee has filed a Motion to Dismiss (the "Motion") (Dkt. #22) with the Court in the above−styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold an evidentiary hearing (the "Hearing") on August 11, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before July 23, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

  Dated: 7/2/25                                                                   Danny L. Miller, Clerk of Court
                                                                                    U.S. Bankruptcy Court
                                                                                     Thad Cochran U.S. Courthouse
                                                                                     501 E. Court Street
                                                                                     Suite 2.300
                                                                                     Jackson, MS 39201
                                                                                     601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Tammy Marie Walton, Debtor

Tommie Earl Walton, Joint Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtors

Harold J. Barkley, Jr., Trustee