(5/23/2025)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Tammy Marie Walton**                                    **CASE NO. 25-01339-JAW**

    **Tommie Earl Walton,**

                                                                   **CHAPTER 13**

**To:**   **William Lee**, Authorized Agent       **cc:**   First Heritage
        Bonial & Associates, P.C.                              101 N Main St. Ste 600
        P.O. Box 9013                                                    Greenville SC 29601
        Addison TX 75001

        Heights Finance
        101 N Main St. Ste 600
        Greenville SC 29601

## Notice

    The *Amended Proof of Claim* (**Claim 4-2**) filed by William Lee, Authorized Agent with Bonial & Associates, P.C., on July 3, 2025, has First Heritage as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 4-2** is Heights Finance. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

    Please be advised that the Claim Owner for **Claim 4 -2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Date: July 7, 2025                                                              Danny L. Miller, Clerk of Court
                                                                                       Thad Cochran U.S. Courthouse
                                                                                      501 E. Court St., Ste. 2.300
                                                                                      Jackson, MS 39225
                                                                                      601-608-4600