# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Tammy Marie Walton                                    Case No. 25-01339-JAW
        Tommie Earl Walton, Debtors                                   CHAPTER 13

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: July 11, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O Box 13767
                                          Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tammy Marie Walton                                Case No. 25-01339-JAW
         Tommie Earl Walton, Debtors                                  CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments due to ongoing wage garnishments imposed by the creditors.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in August 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                        <u>/s/ Thomas C. Rollins, Jr.</u>
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01339-JAW |
|---|---|
| TAMMY MARIE WALTON<br>TOMMIE EARL WALTON | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/11/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>TAMMY MARIE WALTON<br>TOMMIE EARL WALTON | CASE NO: 25-01339-JAW<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/11/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01339-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUL 11 11-10-41 PST 2025 | CAPITAL ONE AUTO FINANCE  A DIVISION OF<br>CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | FEDERAL HOME LOAN MORTGAGE CORPORATION<br>AS TR<br>ATTN BK DEPT  3501 OLYMPUS BLVD<br>5TH FLOOR  SUITE 500<br>DALLAS  TX 75019 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>AS T<br>PO BOX 65250<br>SALT LAKE CITY  UT 84165-0250 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | CAPITAL ONE AUTO<br>ATTN BANKRUPTCY<br>7933 PRESTON RD<br>PLANO  TX 75024-2359 | CAPITAL ONE AUTO FINANCE  A DIVISION C<br>CAPITAL ONE  NA  DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| CAPITAL ONE  NA<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | COMENITY<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | DEPARTMENT OF TREASURYINTERNAL REVENUE<br>SERV<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| ELITE PT<br>1645 W GOVERNMENT ST<br>BRANDON  MS 39042-4602 | FIRST HERITAGE<br>101 N MAIN ST STE 600<br>GREENVILLE  SOUTH CAROLINA 29601-4846 | FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILL  TN 37070-0528 |
| GULFCO OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | HEIGHTS FINANCE<br>101 N MAIN ST STE 600<br>GREENVILLE  SOUTH CAROLINA 29601-4846 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| KIMBERLY D PUTNAM  ESQ<br>FOR FEDERAL HOME LOAN MORTGAGE<br>CORPORATI<br>AS TRUSTEE FOR FREDDIE MAC SLST 2024-2<br>1820 AVENUE OF AMERICA<br>MONROE  LA 71201-4530 | LOGS LEGAL GROUP LLP<br>FOR FEDERAL HOME LOAN MORTGAGE<br>CORPORATI<br>AS TRUSTEE OF THE BENEFIT OF THE<br>FREDDIE<br>579 LAKELAND EAST DRIVE  SUITE D<br>FLOWOOD  MS 39232-9037 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| MS UROLOGY CLINIC<br>PO BOX 116663<br>ATLANTA  GA 30368-6663 | MARINER FINANCE<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM  MD 21236-5904 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 |
| PRUDENTIAL<br>PO BOX 7390<br>PHILADELPHIA  PA 19176-7390 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | RADIOLOGICAL GROUP<br>PO BOX 2989<br>JACKSON  MS 39207-2989 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| SELECT PORTFOLIO<br>ATTN BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SELENE FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 8619<br>PHILADELPHIA PA 19101-8619 | SHADOW PROPERTY OWNERS<br>PO BOX 320248<br>FLOWOOD MS 39232-0248 |
| SHADOWOOD HOA<br>PO BOX 320248<br>FLOWOOD MS 39232-0248 | SHADOWOODWENDOVER HOA<br>PO BOX 320248<br>FLOWOOD MS 39232-0248 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| TOTAL PAIN CARE<br>PO BOX 649113<br>DALLAS TX 75264-9113 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | UPS EMPLOYEES CREDIT UNION<br>ATTN BANKRUPTCY<br>1814 EAST BROOKS ROAD<br>MEMPHIS TN 38116-3608 |
| | EXCLUDE | |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON MS 39201-5022~~ | WILKINSON LAW FIRM<br>51 KEYWOOD CIRCLE<br>FLOWOOD MS 39232 |
| EXCLUDE | DEBTOR | EXCLUDE |
| ~~HAROLD J BARKLEY JR~~<br>~~PO BOX 4476~~<br>~~JACKSON MS 39296-4476~~ | TAMMY MARIE WALTON<br>623 KINSINGTON COURT<br>RIDGELAND MS 39157-4138 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

TOMMIE EARL WALTON
623 KINSINGTON COURT
RIDGELAND MS 39157-4138