**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                          CHAPTER 13 NO.:

TAMMY MARIE WALTON
TOMMIE EARL WALTON                                                 25 – 01339 – JAW

**TRUSTEE'S RESPONSE TO
MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtors' Motion to Allow Payment Arrearage [DK #30]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Trustee's Motion to Dismiss is pending.

2. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July     14    , 2025

                                                    Respectfully submitted,

                                                    /s/Harold J. Barkley, Jr.
                                                    HAROLD J. BARKLEY, JR. – MSB #2008
                                                    CHAPTER 13 TRUSTEE
                                                    POST OFFICE BOX 4476
                                                    JACKSON, MS 39296-4476
                                                    PHONE: 601/362-6161
                                                    FAX: 601/362-8826
                                                    E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Tammy Marie Walton
Tommie Earl Walton
623 Kinsington Court
Ridgeland, MS 39157


Dated: July    14   , 2025

                                        /s/Harold J. Barkley, Jr.
                                        HAROLD J. BARKLEY, JR.