**Prudential**

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176-7390
www.prudential.com

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

**JUL 21 2025**

Danny L. Miller, Clerk of Court
By:_____, Deputy Clerk

US Bankruptcy Clerk
US Bankruptcy Court
Thad Cockran United States Courthouse
501 E Court St  Ste 2300
Jackson, MS 39201

Insured: Tommie E. Walton
Policy Number: L9095237

July 9, 2025

Dear US Bankruptcy Clerk:

I am writing in response to the *Notice of Bankruptcy* we received in regard to Tommie Earl Walton, the debtor listed above.

Prudential does not possess any property owned by this debtor. Therefore, we have no assets to turn over to you.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number SPC13680375. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-2255, Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Your Customer Service Team

cc: Thomas C. Rollins Jr

---

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY), or Pruco Life Insurance Company of New Jersey (in NY).    Page 1 of 1

06/30/25 10:41:32 Via Fax → Prudential Faxout Process Page 001

## VIA FAX

TO: BANKRUPTCY

FROM: d165600

ATTN:

TO: FAX PHONE#: 866-597-4082

Job Number: 1607235467-012-1-0000
TIME: Mon 30 Jun 2025 10:41:28 AM EDT

8 pages including cover sheet

7332359900 - 23 | 42
THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM
702 W PINE STREET
HATTIESBURG, MS 39401



PRUDENTIAL
PO BOX 7390
PHILADELPHIA PA 19176-7390



7332359900_26

**4**

7332359900-25-01339-JAW-TAMMY MARIE WALTON

PLEASE TAKE NOTICE: THE FOLLOWING DOCUMENTS BEGIN IMMEDIATELY AFTER THIS PAGE:

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

**HOW TO READ THIS DOCUMENT:**
Orient your document package per the chart below


ONE PAGE PER SIDE


TWO PAGES PER SIDE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Tommy Mario Walton
Tommie Earl Walton, Debtors

Case No. 25-01339-JAW
CHAPTER 13

## NOTICE

The undersigned counsel for Debtors have filed papers with the court to approve attorney's compensation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

US Bankruptcy Clerk
US Bankruptcy Court
Thad Cochran United States Courthouse
501 E Court St, Ste 2.500
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to the Debtors' attorney.

The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date June 26, 2025      Signature /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## RETAINER

4. The Debtors herein paid a $1,500.00 advance payment retainer which should be applied to fees awarded pursuant to this application

## FEES REQUESTED

5. The time incurred and services provided by the firm during the pendency of this case have resulted in Attorney's fees in the amount of $2,494.00 and expenses in the amount of $510.24 for a total of $3,004.24. A detailed accounting is attached hereto as Exhibit "A".

6. This is the Applicants' first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from April 7, 2025 to June 19, 2025.

## A. LODESTAR ANALYSIS

1. The prevailing hourly rate in the community under § 330

The Applicant requests fees based on the following hourly rates, $360.00 for attorneys, $155.00 for paralegals, and $100.00 for legal assistants

The hourly rates for attorneys with similar skills and experience as consumer bankruptcy attorneys can vary widely, typically ranging from $200 to $450 per hour. Due to the specialized nature of bankruptcy law, many attorneys are not proficient in this field. However, with 14 years of experience, approximately 4,000 bankruptcy cases filed, board certification in consumer bankruptcy law, and a strong community reputation, Thomas Rollins is well-qualified to command fees at the higher end of this range. Similarly, Jennifer Calvillo, who has 12 years of experience with the same firm, having worked on 90% of those 4,000 cases, holds board

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Tommy Mario Walton
Tommie Earl Walton, Debtors

Case No. 25-01339-JAW
CHAPTER 13

## FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR

COMES NOW, Thomas C. Rollins, Jr, (the "Applicant") attorney for the Debtors, and files this *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit

1. On May 30, 2025, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

### FEE AGREEMENT

2. The Debtors and Thomas C. Rollins, Jr of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. For said agreement, attorney T C Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area

3. Throughout its representation of the Debtors herein, Applicant has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided

certification in consumer bankruptcy law, is highly regarded in the community, and is a partner in her firm, is equally positioned to charge at the upper end of this spectrum. The Applicants' paraprofessionals charge a blended rate of $127.50 per hour, which is within the reasonable range for paraprofessional services

2. Reasonable hours expended

While Chapter 13 lawyers may only be compensated for reasonable time expended that produce a material benefit to the estate, § 330(a)(6) provides that a chapter 13 debtor's attorney can be awarded reasonable compensation for representing the interests of the debtor, based on the benefit and necessity of such services to the debtor and the other factors found in § 330

The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code

An itemization of time is attached as Exhibit "A" and an affidavit of Applicant is attached as Exhibit "C".

3. Lodestar calculation

The lodestar amount for the Applicant's attorneys is $1,210.00, reflecting 4.4 hours at an hourly rate of $275.00

For the Applicant's paraprofessionals, the lodestar amount is $1,284.00, based on 10.8 hours at a blended rate of $118.89 per hour.

Together, the total lodestar amount is $2,494.00, representing a combined total of 15.2 hours at a blended rate of $118.89 per hour

## B ADJUSTMENTS TO LODESTAR

After determining the appropriate lodestar amount, the Court must decide whether the application of the § 330 factors and the Johnson factors warrant upward or downward adjustment

### 1. § 330 Factors

The following § 330 factors were already discussed when determining the lodestar amount

(A) The time spent on such services,

(B) The rates charged for such services,

(C) Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title

The remaining § 330 factors are discussed below

(D) Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title,

  a. The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code
  b. No adjustment is warranted

(E) Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed,

  a. The Applicant did not devote excessive time to drafting schedules, pleadings, or conducting research. A significant amount of time was spent investigating the Debtor's financial situation and gathering the necessary documents for submission to the Trustee This work was efficiently handled by legal assistants, who billed at $100.00 per hour
  b. No adjustment is warranted

  a. This factor was already discussed in the § 330 analysis (Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title,)
  b. No adjustment is warranted
  c.

10 The undesirability of the case

  a. While this case is no less desirable than other chapter 13 cases, when compared to the broader legal community chapter 13 cases have many elements that make them very undesirable.
  b. Client Non-Cooperation: Debtors in Chapter 13 cases may have difficulty gathering the necessary financial documentation or adhering to the repayment plan, which increases the attorney's workload and the chances of case dismissal
  c. Length of the Process Chapter 13 cases typically last 5 years, which may lead to diminished client interest and requires attorneys to remain vigilant for potential issues throughout the repayment period Few practice areas demand such a long term commitment, where a lawyer must predict an appropriate fee upfront While some bankruptcy cases are confirmed and proceed smoothly, most require substantial additional work, post confirmation, including handling Motions to Dismiss or Motions for Relief
  d. Risk of Dismissal: If the debtor fails to make payments or meet other requirements of the repayment plan, the case may be dismissed, and the attorney may not be compensated for all of the work completed. Chapter 13 practitioners collect a shockingly low percentage of allowed fees in chapter 13 cases
  e. This factor weighs in favor of an upward adjustment

11. The nature and length of the professional relationship with the client

  a. Applicant had no prior professional relationship with the client prior to their engagement in this matter
  b. No adjustment is warranted.

12 Awards in similar cases

  a. The "market rate" of $4,000.00 is a distorted figure, as attorneys are pressured to accept it to avoid the burdensome fee application process, rather than reflecting a true market rate
  b. Under § 330(a)(3)(F), the Court is instructed to compensate bankruptcy attorneys at a rate comparable to that of similarly skilled and experienced non-bankruptcy attorneys
  c. This is only one of the twelve Johnson factors. If the Court determines that a downward adjustment is warranted, this factor should be considered alongside the other § 330 and Johnson factors which favor an upward adjustment of the lodestar.

(F) With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field, and

  a. Both Thomas Rollins and Jennifer Calvillo are board-certified in consumer bankruptcy law by the American Board of Certification In Mississippi, only five bankruptcy practitioners hold this certification, with three based in the state Of these, two are with the Applicant's firm
  b. The Applicant's extensive experience has already been addressed in the lodestar analysis.
  c. This factor was taken into account when setting the Applicant's hourly rate, but otherwise supports an upward adjustment

### 2. Johnson Factors

The following Johnson factors were already discussed when determining the lodestar amount

1 The time and labor required.

2 The novelty and difficulty of the questions presented

3 The skill required to perform the legal services properly

4 The customary fee in the community

5 Whether the fee is fixed or contingent

6 The experience, reputation, and ability of the attorneys

The remaining Johnson factors are discussed below.

7 The preclusion of other employment by the attorney due to acceptance of the case
  a. Not Applicable,
  b. No adjustment is warranted

8. Time limitations imposed by the client or circumstances
  a. Not Applicable
  b. No adjustment is warranted

9 The amount involved and the results obtained.

  d. Market rates have been addressed in the lodestar analysis, and no additional adjustment is necessary

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C Rollins, Jr, (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C Rollins, Jr , certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C Rollins, Jr

**INVOICE**

ROLLINS

Invoice # 5015
Date 00/19/2025
Due On 07/19/2025

## The Rollins Law Firm, PLLC

P O Box 12797
Jackson, MS 39236

Tammy Marie Walton and Tommie Earl Walton

05867-Walton Tammy Marie Walton and Tommie Earl

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | VM | 04/07/2025 | In-Office Conference Debtors came in to make payment and drop off paperwork, collected information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards to ensure we have all documents for attorney to prepare case. Emailed all docs to myself. Gave DM payment | 1.00 | $100.00 | $100.00 |
| Service | VM | 04/08/2025 | Review email from debtor. Reviewed and organized documents from debtor that were in my email, uploaded to file and updated tasks | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/09/2025 | In-Office Conference Debtor came to provide documentation needed, scanned and gave back, also assisted with getting fee agreement signed | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/10/2025 | Incoming Call Ms. Walton called in regards to credit counseling course was needing information drafted email and reminded him of fee agreement as well | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/10/2025 | Incoming Call Debtor called back, Credit counseling course is completed. Husband said he reminded wife to complete Credit counseling course | 0.10 | $100.00 | $10.00 |
| Service | DM | 04/10/2025 | Draft email to client to review credit report and provide us with any | 0.20 | $155.00 | $31.00 |

Page 1 of 6

Invoice # 5015 - 06/19/2025

| | | | debts not included in the report. Pulled credit report and emailed copy to debtors for review | | | |
|---|---|---|---|---|---|---|
| Service | VM | 04/10/2025 | Incoming Call, Debtor called to speak with me regarding complaints about her case | 0.30 | $100.00 | $30.00 |
| Service | CO | 04/21/2025 | Incoming Call Phone conference with debtor regarding tax extension he emailed VM, reviewed VM's email and verified receipt. Transferred call to VM | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/21/2025 | Incoming Call Phone conference with creditor, Tower Loan, verifying if the debtor had hired us to represent them | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/21/2025 | Incoming Call, Debtor confirmed I got some of document in email, confirmed I did. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/21/2025 | Incoming Call, Debtor called to confirm Credit counseling course was completed - confirmed it was | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/21/2025 | In Office Conference Debtor came to office to confirm email tech document has sent saw the incorrect document emailed - confirmed it was and informed him we would send fax form as needed. | 0.30 | $100.00 | $30.00 |
| Service | CO | 04/21/2025 | Incoming Call, Phone conference with debtor. Transferred to VM. | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/21/2025 | Reviewed and organized emails from debtor with social security card and tax extension attached, organized and uploaded for recovery. Assigned input task to JAG | 0.20 | $100.00 | $20.00 |
| Service | DM | 04/22/2025 | Input Case - research petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Ch 13/Jn Pet, SOFA, Schedule I/J, Form 122 | 1.00 | $155.00 | $155.00 |
| Service | VM | 04/23/2025 | Call Debtor Gathered Information needed for that information to give for lawyer | 0.10 | $100.00 | $10.00 |
| Service | DM | 04/28/2025 | Input Case-continued preparation of | 0.40 | $155.00 | $62.00 |

Page 2 of 6

Invoice # 5015 - 06/19/2025

| | | | Schedule J, SOFA, Schedule B | | | |
|---|---|---|---|---|---|---|
| Service | JG | 04/29/2025 | Reviewed creditor matrix drafted & mail to both debtors attaching same for their review | 0.10 | $155.00 | $15.50 |
| Service | VM | 04/30/2025 | Incoming Call Phone conference with debtor to request needed paystub and Notice of statement | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/01/2025 | Call Debtor Phone conference with debtor to inquire about needed paystub, debtor replied that he was on the way | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/01/2025 | Debtor came to our office to drop off paperwork needed. Scanned paystubs and emailed statements. | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/01/2025 | Reviewed email from debtor with both of debtor they need to add to matrix, created list, and updated task for paralegal to review | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/02/2025 | Incoming Call Phone conference with debtor wanting to know why the US Attorney General was listed in their creditors matrix. Reviewed file, call dropped drafted memo to VM | 0.20 | $0.00 | $0.00 |
| Service | VM | 05/02/2025 | Call Debtor Called debtor to inform her why US Attorney was listed on matrix and what else I've added from bills husband sent. | 0.20 | $100.00 | $20.00 |
| Service | DM | 05/04/2025 | Input Case continued preparation of Schedule I, SOFA, Schedule F, Schedule H | 0.50 | $155.00 | $77.50 |
| Service | BB | 05/06/2025 | Incoming Call Phone conference with debtor requesting an update on the case. Informed the debtor the attorney is working on his file. Debtor inquired if he should pay his car note. Informed the debtor we recommend to | 0.10 | $100.00 | $10.00 |
| Service | JAG | 05/09/2025 | Input Case reviewed & revise drafted petition schedules prepared by DM Provide treatment for secured and priority debts. Calculate plan pmt, plus into hoping A deductibles for MT & J Ransom 88me on Lexus | 0.90 | $275.00 | $247.50 |
| Service | CO | 05/12/2025 | Contact Debtor (Tex/Email) Drafted email to both debtors requesting additional information to prepare their | 0.10 | $100.00 | $10.00 |

Page 3 of 6

Invoice # 5015 - 06/19/2025

| | | | case, drafted task to both debtor requesting they review and respond to my email | | | |
|---|---|---|---|---|---|---|
| Service | CO | 05/12/2025 | Reviewed email from debtor with information requested by the attorney. Drafted email to debtor confirming receipt and updated task. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/13/2025 | Contact Debtor (Text/Email) Drafted text to debtor asking for the address to the property association they have a judgment with. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/13/2025 | Review and organize documents provided by debtor. Reviewed text from debtor with address requested by the attorney. Updated the task and forward file to attorney for review. | 0.10 | $100.00 | $10.00 |
| Service | JAG | 05/16/2025 | Draft email to debtor with bankruptcy options | 0.40 | $275.00 | $110.00 |
| Service | JAG | 05/19/2025 | Calculate plan payment options with and without both houses. not feasible to keep both. | 0.50 | $275.00 | $137.50 |
| Service | JG | 05/19/2025 | Call Debtor Reviewed email from husband regarding filing options, opted to old hard. They want option 2 but he informed that he doesn't owe John Deere anything. I looked at the schedules and didn't see it listed there. He also said that he received a Notice of Lien Cancellation from IRDB. He said they took over $4,000 of his retirement check and then he got the Notice. He said it was not for 2024, as he filed an extension, but it is for the years prior. He said he doesn't think he owes MDOR anything because he hasn't received any kind of bill. The notice states the reason for cancellation is the liability was satisfied. Drafted a mail to JAG attaching notice for her review, discussed signing and last (a) payment is due 30 days from signing | 0.40 | $155.00 | $62.00 |
| Service | JAG | 05/19/2025 | review email from JG re: needs to state paid, lien cancelled. Calculate plan pmts to keep 1 house, surrender 2nd house, pay 100% to unsecureds. | 0.20 | $275.00 | $55.00 |
| Service | JAG | 05/19/2025 | review & respond to email from JG | 0.10 | $275.00 | $27.50 |
| Service | JG | 05/19/2025 | Incoming Call Telephone call from | 0.10 | $155.00 | $15.50 |

Page 4 of 6

Invoice # 6015 - 06/19/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/20/2025 | Update document on secured debts for Ae to keep both houses, prepare J | 0.20 | $275.00 | $55.00 |
| Service | JG | 05/21/2025 | Incoming Call. Telephone call from wife, discussed filing option 1 and 4 taking their whole income, after a while of discussing that the only option is to surrender a home, she ended up saying they are not willing to do that, and if she has to go back on the road for nursing, she will, discussed wage order and them paying until it starts, discussed getting garnishments stopped, discussed someone will call to schedule a signing appointment, she asked when, and I told her that I shouldn't be too long but that I could not give her a specific day; drafted e-mails to JAC informing debtors are ready to file option 1 – keeping both houses and they want to file as quickly as possible to stop garnishments | 0.30 | $165.00 | $49.50 |
| Service | JAC | 05/21/2025 | review & respond to emails from js | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/27/2025 | Prepare Signing Docs | 0.20 | $275.00 | $55.00 |
| Service | TR | 05/28/2025 | Signing | 0.50 | $275.00 | $137.50 |
| Service | JAC | 05/29/2025 | Draft and send text to W to review & sign. Told he can we can file the case | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/30/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court | 0.40 | $275.00 | $110.00 |
| Service | JG | 05/30/2025 | Drafted stop garnishment letter to Wilkerson Law Firm, reviewed Notice of Filing, drafted e-mail to me with letter and Notice attached to AAOU to obtain TR's approval and signature to prepare for mailing to creditor | 0.20 | $165.00 | $33.00 |
| Service | TR | 05/30/2025 | Reviewed and signed Stop garnishment letter sent to Wilkinson Law Firm and Fresenius Medical Group | 0.10 | $275.00 | $27.50 |
| Service | JG | 06/02/2025 | Contact Debtor (Text/Email) Drafted | 0.10 | $165.00 | $16.50 |

Invoice # 6015 - 06/19/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | e-mail to debtor attaching copy of stop garnishment letter | | | |
| Service | JG | 06/02/2025 | Prepared fax to Wilkerson Law Firm attaching copy of stop garnishment letter and requesting the garnishment be immediately stopped | 0.10 | $165.00 | $16.50 |
| Service | CO | 06/02/2025 | Contact Debtor (Text/Email) Reviewed Chapter 13 plan for plan payment information, drafted email to debtor providing her plan payment and information on what to do/expect after filing | 0.20 | $100.00 | $20.00 |
| Service | CO | 06/04/2025 | Incoming Call. Phone conference with Partner Finance. Provided debtor's case number | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/03/2025 | Review 25-01339-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/03/2025 | Reviewed court docket for the Plan and the Meeting of Creditors, reviewed Credit Union website and the Secretary of State website to verify creditor addresses, drafted Notice of Plan, drafted email memo to JAC re: review notice of plan | 0.30 | $165.00 | $49.50 |
| Service | JAC | 06/03/2025 | Review 25-01339-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 06/04/2025 | review & approve drafted notice | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/04/2025 | Review email from Attorney. Reviewed email memo from JAC re: Notice of Plan, revised Notice of Plan with correct dates, prepared the Notice of Plan and the Plan for upload to the court and to add the 6 additional creditors | 0.30 | $165.00 | $49.50 |
| Service | KR | 06/04/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service, prepared the Notice and the Plan with the Declaration of Mailing attached for upload to the court | 0.20 | $165.00 | $33.00 |
| Service | CO | 06/04/2025 | Contact Debtor (Text/Email). Review 25-01339-JAW Order Upon Employer Directing Deductions from Pay; drafted email to debtor with the order | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/05/2025 | Review and organize documents | 0.50 | $100.00 | $50.00 |

Page 5 of 8

Page 6 of 8

Invoice # 6015 - 06/19/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | provided by debtor. Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Obtained list of missing documents needed for the Trustee. Reviewed and organized Trustee documents file in the Trustee website | | | |
| Service | JG | 06/10/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $165.00 | $16.50 |
| Service | BM | 06/11/2025 | Incoming Call. Call from debtor to inquire about the post petition credit counseling. Explained that it does not have to be completed for the case and resent debtor the information for the course | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/17/2025 | Review and revise fee application | 0.50 | $275.00 | $137.50 |
| Service | JG | 06/18/2025 | Reviewed accounts in case, began drafting 1st Application for Compensation Notice, Affidavit, and prepared Order | 0.30 | $165.00 | $49.50 |
| Service | JG | 06/19/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate | 0.10 | $165.00 | $16.50 |

Services Subtotal $3,494.00

Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/30/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 05/30/2025 | Credit Report | 2.00 | $45.00 | $90.00 |
| Expense | 05/30/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 05/30/2025 | Postage. Mailed Stop garnishment letter to Wilkinson Law Firm and Fresenius Medical Group | 2.00 | $0.69 | $1.38 |
| Expense | 06/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $45.54 | $45.54 |
| Expense | 06/18/2025 | Mailing Expense - Fee Application. Mailing Expense – 1st Fee Application Estimate | 1.00 | $40.32 | $40.32 |

Expenses Subtotal $510.24

Page 7 of 8

Invoice # 6015 - 06/19/2025

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.6 | $275.00 | $990.00 |
| Thomas Rollins | Attorney | 0.9 | $275.00 | $247.50 |
| Brooke Rowland | Non Attorney | 0.1 | $100.00 | $10.00 |
| Jodi Curry | Non Attorney | 1.6 | $165.00 | $279.00 |
| Vanessa Martinez | Non Attorney | 0.1 | $100.00 | $10.00 |
| Breanna McDaniel | Non Attorney | 3.3 | $165.00 | $544.50 |
| Clara Ortega | Non Attorney | 1.2 | $100.00 | $120.00 |
| Olivia Ortega | Non Attorney | 0.0 | $0.00 | $0.00 |
| Kerri Rodabough | Non Attorney | 0.8 | $165.00 | $134.00 |
| | | | Subtotal | $3,004.24 |
| | | | Total | $3,004.24 |

Detailed Statement of Account

Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6015 | 07/19/2025 | $3,004.24 | $0.00 | $3,004.24 |
| | | | Outstanding Balance | $3,004.24 |
| | | | Total Amount Outstanding | $3,004.24 |

Page 8 of 8

Please fill out the fields below to get an estimate of what your mailing project will cost.

1. How many PAGES are in the document(s) you helped to upload? 8

2. How many parties will be receiving your documents? 21

3. We will print on both sides of the sheet. 2

4. We will print your documents 1 page per side. 1

**Disclaimer & User Agreement:**
By clicking on the "Get Estimate" button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by AN Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate (changes in addresses, changes in documents, international, exit costs and other factors all influence the...

[Get Quote]

Results will output below

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelopes, (6) and sorting the envelopes for delivery to the USPS Bulk Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service documents for filing on PACER/CM.

| | |
|---|---|
| Date and Time | Thu Jun 19 2025 10:41:12 GMT-0500 (Central Daylight Time) |
| Total Pages to Print | 168 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $0.73 |
| Print Rate | $0.19 |
| Printing Cost | $ 22.0 |
| Postage Cost | $ 17.52 |
| Total Cost | $ 40.32 |

[Print This Estimate]

(C) AN CERTIFIED COURT SERVICES, LLC. ALL RIGHTS RESERVED

1/1

00000159 00779 0009-0010 DIC053CD07092574819B 00 L 00000224

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Tammy Marie Walton  
Tommie Earl Walton, Debtors

Case No. 25-01339-JAW  
CHAPTER 13

## AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtor in the Chapter 13 case referenced in the attached Application.

2. I have personal knowledge of the matters stated herein and am competent to testify to them.

3. Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtor in this matter.

4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtor.

5. The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____  
Thomas C. Rollins, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME, this 23rd day of June, 2026, by Thomas C. Rollins, Jr.

_____  
Notary Public

My Commission Expires _____

(Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 493694, VANESSA MARTINEZ, Commission Expires Nov. 17, 2028, BOLIVAR COUNTY)

Exhibit "C"