



**Prudential**

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176
www.prudential.com

000000159 PIC053CD07092574815 01 000000 000224 010

US Bankruptcy Clerk
US Bankruptcy Court
Thad Cockran United States Courthouse
501 E Court St Ste 2300

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
JUL 21 2025
By: Danny L. Miller, Clerk of Court
_____ Deputy Clerk

FIRST-CLASS