___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **TAMMY MARIE WALTON**                                    **CASE NO. 25-01339-JAW**
    **TOMMIE EARL WALTON,**

        **DEBTORS.**                                                            **CHAPTER 13**

### ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation of Plan filed by Federal Home Loan Mortgage Corporation as Trustee for the Benefit of the Freddie Mac Seasoned Loans (the "Objection") (Dkt. #19). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on August 18, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for September 8, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693