

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 NO.:

TAMMY MARIE WALTON AND
TOMMIE EARL WALTON                                            25-01339 – JAW

## AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 22) and the Debtors' Response (DK # 29) and the Debtors' Motion to Allow Payment Arrearages (DK #30) and the Trustee's Response (DK # 32); and the parties agree as follows:

THAT, the Debtors' Motion to Allow Payment Arrearages is granted.

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtors' wage deduction order shall be amended to a sum sufficient to complete within the remaining plan term.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas Carl Rollins, Jr.
THOMAS CARL ROLLINS, JR.
ATTORNEY FOR DEBTORS