**Fill in this information to identify the case:**

Debtor 1: Tammy Marie Walton a/k/a Tammy M Walton

Debtor 2: Tommie Earl Walton a/k/a Tommie E Walton
    (Spouse, if filing)

United States Bankruptcy Court for the Southern District of Mississippi Jackson-3 Division
    (State)

Case number: 25-01339-JAW

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST SERIES 2020-3

**Court Claim No.** (if known): 12

**Last four digits** of any number you use to identify the debtor's account: XXXXXX6447

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 7/31/2025 | (5) | $175.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | -$0.00 |
| 12. | Title Cosys: Property Report | 5/29/2025 | (12) | $75.00 |
| 13. | Other. Specify: Plan Review | 6/16/2025 | (13) | $175.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Debtor 1: | Tammy Marie Walton a/k/a Tammy M Walton | Case number: | 25-01339-JAW |
| | First      Middle      Last | | |

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Eric C. Miller
Signature

Date: August 19, 2025

**Print:** William Savage #105785
Eric Miller #102327
First Name      Middle Name      Last Name

Title: Attorney

Company: LOGS Legal Group LLP

Address: 579 Lakeland East Drive, Suite D
Number      Street

Flowood, MS 39232
City      State      ZIP Code

Contact phone: (601) 981-9299

Email: logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  August 19, 2025

Chapter 13 Trustee:  Harold J. Barkley, Jr., Chapter 13 Trustee

Trustee Address:  P.O. Box 4476, Jackson, MS 39296

Trustee Email:  hjb@hbarkley13.com

Counsel's Name:  Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC

Counsel's Address:  PO Box 13767, Jackson, MS 39236

Counsel's Email: trollins@therollinsfirm.com

Debtor's Name:  Tammy Marie Walton a/k/a Tammy M Walton

Debtor's Mailing Address: 623 Kinsington Court, Ridgeland, MS 39157

Debtor's Name:  Tommie Earl Walton a/k/a Tommie E Walton

Debtor's Mailing Address: 623 Kinsington Court, Ridgeland, MS 39157

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327