# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tammy Marie Walton                                 Case No. 25-01339-JAW
         Tommie Earl Walton, Debtors                              CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to Modify the plan, or if you want the court to consider your views on the Plan, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Plan and may enter an order granting that relief, which shall confirm this Modified Plan.

Date: August 19, 2025           Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Tammy Marie Walton** <br> Full Name (First, Middle, Last) | |
| Debtor 2 <br> (Spouse, if filing) | **Tommie Earl Walton** <br> Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☑ Check if this is an amended plan, and list below the sections of the plan that have been changed. <br> **2.2, 4.4, 5.1** |
| Case number: <br> (If known) | **25-01339** | |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance                    12/17

### Part 1:   Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

### Part 2:   Plan Payments and Length of Plan

**2.1   Length of Plan.**

The plan period shall be for a period of **60** months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay **$3,418.20** (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

        **Fresenius Medical Group**
        **5722 Hwy 55 N**
        **Jackson MS 39211-0000**

| | | | |
|---|---|---|---|
| Debtor | **Tammy Marie Walton**<br>**Tommie Earl Walton** | Case number | **25-01339** |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3   Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:   Treatment of Secured Claims**

**3.1   Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)** ☑ **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1**   Mtg pmts to   **Select Portfolio**
Beginning   **June 2025**   @   **$2,697.93**   ☑ Plan   ☐ Direct.   Includes escrow ☑ Yes ☐ No

**1**   Mtg arrears to   **Select Portfolio**   Through   **May 2025**   **$8,100.00**

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property   **-NONE-**
address:
Mtg pmts to
Beginning   month   @   Plan   Direct.   Includes escrow Yes No

Property **-NONE-**   Mtg arrears to   Through

**3.1(c)** ☑ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:   **Selene Finance**   Approx. amt. due:   **$43,675.24**   Int. Rate*:   **10.00%**
Property Address:   **1126 N Old Canton Rd Canton, MS 39046  Madison County**
Principal Balance to be paid with interest at the rate above:   **$43,675.24**
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $   0.00
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $   **-NONE-** /month, beginning   month .

**Mississippi Chapter 13 Plan**   Page 2

| Debtor | **Tammy Marie Walton** <br> **Tommie Earl Walton** | Case number | **25-01339** |
|---|---|---|---|

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐    **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑    Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Capital One Auto** | $28,130.82 | 2021 Infiniti Q50 54353 miles | $26,590.00 | $26,590.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Shadowood-Wendover HOA** | $1,224.16 | 623 Kinsington Court Ridgeland, MS 39157 Madison County | $420,000.00 | $1,224.16 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Tower Loan** | $2,244.00 | 2005 John Deere 42' riding mower | $1,500.00 | $1,500.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **UPS Employees CU** | $34,911.79 | 2019 Toyota Tundra 90616 miles | $31,849.00 | $31,849.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

**Mississippi Chapter 13 Plan**                                                                                                              Page 3

| Debtor | **Tammy Marie Walton** | Case number | **25-01339** |
|---|---|---|---|
| | **Tommie Earl Walton** | | |

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Republic Finance | Household Goods |

*Insert additional claims as needed.*

---

**Part 4:   Treatment of Fees and Priority Claims**

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

☐ No look fee: _____

Total attorney fee charged:  $ _____

Attorney fee previously paid:  $ _____

Attorney fee to be paid in plan per confirmation order:  $ _____

☑ Hourly fee: $ **360.00** . (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service        **$30,352.95** .
☐ Mississippi Dept. of Revenue    **$0.00** .
☐ Other _____                     **$0.00** .

**4.5    Domestic support obligations.**

**Mississippi Chapter 13 Plan**                                                        Page 4

| Debtor | **Tammy Marie Walton** | Case number | **25-01339** |
|---|---|---|---|
| | **Tommie Earl Walton** | | |

    ☑    **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1**   **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐   The sum of $
☑   __23.00__ % of the total amount of these claims, an estimated payment of $ __75,000.89__
☑   The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**74,057.47**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**   **Other separately classified nonpriority unsecured claims (special claimants).** *Check one***.**

    ☑    **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

### Part 6: Executory Contracts and Unexpired Leases

**6.1**   **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

    ☑    **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7: Vesting of Property of the Estate

**7.1**   **Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8: Nonstandard Plan Provisions

**8.1**   **Check "None" or List Nonstandard Plan Provisions**
    ☐    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
**Absent an objection, any Proof of Claim filed by the IRS and/or MS Dept. of Revenue shall be paid pursuant to the claim.**

### Part 9: Signatures:

**9.1**   **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X | **/s/ Tammy Marie Walton** | X | **/s/ Tommie Earl Walton** |
|---|---|---|---|
| | **Tammy Marie Walton** | | **Tommie Earl Walton** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| | Executed on   **August 11, 2025** | | Executed on   **August 13, 2025** |
| | **623 Kinsington Court** | | **623 Kinsington Court** |
| | Address | | Address |
| | **Ridgeland MS 39157-0000** | | **Ridgeland MS 39157-0000** |

    **Mississippi Chapter 13 Plan**      Page 5

| | | | |
|---|---|---|---|
| Debtor | **Tammy Marie Walton**  **Tommie Earl Walton** | Case number | **25-01339** |

City, State, and Zip Code

City, State, and Zip Code

Telephone Number

Telephone Number

X  **/s/ Thomas C. Rollins, Jr.**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**
Telephone Number
**trollins@therollinsfirm.com**
Email Address

Date  **August  5, 2025**

**103469 MS**
MS Bar Number

**Mississippi Chapter 13 Plan**        Page 6

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded on August 19, 2025, to:

By Electronic CM/ECF Notice:

  Standing Chapter 13 Case Trustee

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01339-JAW |
|---|---|
| TAMMY MARIE WALTON<br>TOMMIE EARL WALTON | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/19/2025, I did cause a copy of the following documents, described below,

Notice and Modified Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>TAMMY MARIE WALTON<br>TOMMIE EARL WALTON | CASE NO: 25-01339-JAW<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 8/19/2025, a copy of the following documents, described below,

Notice and Modified Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING       CAPITAL ONE AUTO FINANCE  A DIVISION OF   FEDERAL HOME LOAN MORTGAGE CORPORATION
NCRS ADDRESS DOWNLOAD                  CAPI                                      AS TR
CASE 25-01339-JAW                      4515 N SANTA FE AVE DEPT APS              ATTN BK DEPT  3501 OLYMPUS BLVD
SOUTHERN DISTRICT OF MISSISSIPPI       OKLAHOMA CITY  OK 73118-7901              5TH FLOOR  SUITE 500
TUE AUG 19 11-45-27 PST 2025                                                     DALLAS  TX 75019



                                       EXCLUDE
FEDERAL HOME LOAN MORTGAGE CORPORATION US BANKRUPTCY COURT                       CAPITAL ONE
AS T                                   THAD COCHRAN US COURTHOUSE                ATTN BANKRUPTCY
PO BOX 65250                           501 E COURT STREET                        PO BOX 30285
SALT LAKE CITY  UT 84165-0250          SUITE 2300                                SALT LAKE CITY  UT 84130-0285
                                       JACKSON  MS 39201-5036



CAPITAL ONE                            CAPITAL ONE AUTO                          CAPITAL ONE AUTO FINANCE  A DIVISION C
PO BOX 31293                           ATTN BANKRUPTCY                           CAPITAL ONE  NA  DEPARTMENT
SALT LAKE CITY  UT 84131-0293          7933 PRESTON RD                           AIS PORTFOLIO SERVICES  LLC
                                       PLANO  TX 75024-2359                     4515 N SANTA FE AVE DEPT APS
                                                                                 OKLAHOMA CITY  OK 73118-7901



CAPITAL ONE  NA                        COMENITY                                  DEPARTMENT OF TREASURYINTERNAL REVENUE
BY AIS INFOSOURCE LP AS AGENT          ATTN BANKRUPTCY                           SERV
4515 N SANTA FE AVE                    PO BOX 182125                             PO BOX 7346
OKLAHOMA CITY  OK 73118-7901           COLUMBUS  OH 43218-2125                   PHILADELPHIA  PA 19101-7346



ELITE PT                               FEDERAL HOME LOAN MORTGAGE CORPORATION    FEDERAL HOME LOAN MORTGAGE CORPORATION
1645 W GOVERNMENT ST                   AS TR                                     AS TR
BRANDON  MS 39042-4602                 SELENE FINANCE  LP                        FOR FREDDIE MAC SLST 20242 PARTICIPATI
                                       ATTN BK DEPT  3501 OLYMPUS BLVD           SELECT PORTFOLIO SERVICING  INC
                                       5TH FLOOR  SUITE 500                      PO BOX 65250
                                       DALLAS   TX   75019                       SALT LAKE CITY UT 84165-0250



FIRST HERITAGE                         FOX COLLECTION CENTER                     GULFCO OF MISSISSIPPI  LLC
101 N MAIN ST STE 600                  PO BOX 528                                PO BOX 320001
GREENVILLE  SOUTH CAROLINA 29601-4846  GOODLETTSVILL  TN 37070-0528              FLOWOOD  MS 39232-0001



HEIGHTS FINANCE                        INTERNAL REVENUE SERVI                    KIMBERLY D PUTNAM  ESQ
101 N MAIN ST STE 600                  CO US ATTORNEY                            FOR FEDERAL HOME LOAN MORTGAGE
GREENVILLE  SOUTH CAROLINA 29601-4846  501 EAST COURT ST                         CORPORATI
                                       STE 4430                                  AS TRUSTEE FOR FREDDIE MAC SLST 2024-2
                                       JACKSON  MS 39201-5025                    1820 AVENUE OF AMERICA
                                                                                 MONROE  LA 71201-4530



LOGS LEGAL GROUP LLP                   LVNV FUNDING  LLC                         MS DEPT OF REVENUE
FOR FEDERAL HOME LOAN MORTGAGE         RESURGENT CAPITAL SERVICES                BANKRUPTCY SECTION
CORPORATI                              PO BOX 10587                              PO BOX 22808
AS TRUSTEE OF THE BENEFIT OF THE       GREENVILLE  SC 29603-0587                 JACKSON  MS 39225-2808
FREDDIE
579 LAKELAND EAST DRIVE  SUITE D
FLOWOOD  MS 39232-9037



MS UROLOGY CLINIC                      MARINER FINANCE                           MIDLAND CREDIT MANAGEMENT  INC
PO BOX 116663                          8211 TOWN CENTER DR                       PO BOX 2037
ATLANTA  GA 30368-6663                 NOTTINGHAM  MD 21236-5904                 WARREN  MI 48090-2037
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
MIDLAND CREDIT MGMT              PRUDENTIAL                       QUANTUM3 GROUP LLC AS AGENT FOR
ATTN BANKRUPTCY                  PO BOX 7390                      COMENITY CAPITAL BANK
PO BOX 939069                    PHILADELPHIA  PA 19176-7390      PO BOX 788
SAN DIEGO  CA 92193-9069                                          KIRKLAND  WA  98083-0788


QUANTUM3 GROUP LLC AS AGENT FOR  RADIOLOGICAL GROUP               (P)REPUBLIC FINANCE LLC
SADINO FUNDING LLC               PO BOX 2989                      282 TOWER RD
PO BOX 788                       JACKSON  MS 39207-2989           PONCHATOULA LA 70454-8318
KIRKLAND  WA  98083-0788


EXCLUDE
(D)(P)REPUBLIC FINANCE LLC       RESURGENT RECEIVABLES  LLC       SELECT PORTFOLIO
282 TOWER RD                     RESURGENT CAPITAL SERVICES       ATTN BANKRUPTCY
PONCHATOULA LA 70454-8318        PO BOX 10587                     PO BOX 65250
                                 GREENVILLE  SC 29603-0587        SALT LAKE CITY  UT 84165-0250


SELENE FINANCE                   SHADOW PROPERTY OWNERS           SHADOWOOD HOA
ATTN BANKRUPTCY                  PO BOX 320248                    PO BOX 320248
PO BOX 8619                      FLOWOOD  MS 39232-0248           FLOWOOD  MS 39232-0248
PHILADELPHIA  PA 19101-8619


SHADOWOODWENDOVER HOA            SYNCHRONY BANK                   TOTAL PAIN CARE
PO BOX 320248                    ATTN BANKRUPTCY                  PO BOX 649113
FLOWOOD  MS 39232-0248           PO BOX 965060                    DALLAS  TX 75264-9113
                                 ORLANDO  FL 32896-5060


(P)TOWER LOAN                    UPS EMPLOYEES CREDIT UNION       US ATTORNEY GENERAL
P O BOX 320001                   ATTN BANKRUPTCY                  US DEPT OF JUSTICE
FLOWOOD MS 39232-0001            1814 EAST BROOKS ROAD            950 PENNSYLVANIA AVENW
                                 MEMPHIS  TN 38116-3608           WASHINGTON  DC 20530-0001


EXCLUDE                                                           EXCLUDE
UNITED STATES TRUSTEE            WILKINSON LAW FIRM               HAROLD J BARKLEY JR
501 EAST COURT STREET            51 KEYWOOD CIRCLE                PO BOX 4476
SUITE 6-430                      FLOWOOD  MS 39232                JACKSON  MS 39296-4476
JACKSON  MS 39201-5022


DEBTOR                           EXCLUDE
TAMMY MARIE WALTON               THOMAS CARL ROLLINS JR           TOMMIE EARL WALTON
623 KINSINGTON COURT             THE ROLLINS LAW FIRM  PLLC       623 KINSINGTON COURT
RIDGELAND  MS 39157-4138         PO BOX 13767                     RIDGELAND  MS 39157-4138
                                 JACKSON  MS 39236-3767
```