**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                     CHAPTER 13 NO.:

TAMMY MARIE WALTON
TOMMIE EARL WALTON                                          25 – 01339 – JAW

**TRUSTEE'S RESPONSE TO**
**MODIFIED CHAPTER 13 PLAN**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to Debtors' Modified Chapter 13 Plan [DK #49]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Mississippi Department of Revenue filed its Claim with a secured and priority amount owed for which Debtors failed to provide treatment in their Plan.

2. That, Debtors' Plan should be further modified to provide proper treatment of said Claim.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September      12     , 2025

                                            Respectfully submitted,

                                            /s/Harold J. Barkley, Jr.
                                            HAROLD J. BARKLEY, JR. – MSB #2008
                                            CHAPTER 13 TRUSTEE
                                            POST OFFICE BOX 4476
                                            JACKSON, MS 39296-4476
                                            PHONE:  601/362-6161
                                            FAX:  601/362-8826
                                            E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Tammy Marie Walton
Tommie Earl Walton
623 Kinsington Court
Ridgeland, MS 39157

Mississippi Department of Revenue
Bankruptcy Section
Post Office Box 22808
Jackson, MS 39225-2808


Dated: September   12  , 2025

                                                    /s/Harold J. Barkley, Jr.
                                                  HAROLD J. BARKLEY, JR.