_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 25, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISION**

| | |
|---|---|
| IN RE:  TAMMY MARIE WALTON A/K/A TAMMY M WALTON AND TOMMIE EARL WALTON A/K/A TOMMIE E WALTON, DEBTORS | CHAPTER 13 PROCEEDING<br><br>CASE NO. 25-01339-JAW |

AGREED ORDER DOCKET NO.19

THIS CAUSE came on the Objection to Proposed Plan and Confirmation Thereof filed by FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST SERIES 2020-3, and the Court being advised that all parties have reached an agreement and being fully advised that the parties agree as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proposed Plan and Confirmation Thereof filed by FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST SERIES 2020-3 is hereby resolved.

IT IS, THEREFORE, ORDERED that that future taxes and insurance will be paid directly by the Debtors. Proof of payment will be sent to the creditors with 30 days after payment.

## ##END OF ORDER##

AGREED TO:

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

/s/ Thomas Rollins, Jr. With Express Permission

Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, Attorney for Debtor(s)

/s/ Justin Jones with Express Permission for

Harold J. Barkley, Jr., Chapter 13 Trustee, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-01339-JAW