___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 6, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 NO.:

TAMMY MARIE WALTON AND
TOMMIE EARL WALTON                                            25-01339 – JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Debtors' Modified Plan (DK # 49) and the Trustee's Response (DK # 56); and the parties agree as follows:

THAT, the Debtors' Modified Plan is granted.

THAT, the Debtors' Plan is further modified to pay the secured and priority portions of the Mississippi Department of Revenue's claim as filed.

THAT, the Debtors' wage order shall be amended as necessary to comply with the terms of this order.

**##END OF ORDER##**

AGREED:

/s/ Joshua C. Lawhorn                                         /s/ Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902                              THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                          ATTORNEY FOR DEBTORS
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM