United States Bankruptcy Court
Southern District of Mississippi

In re: Tammy Marie Walton, Tommie Earl Walton, Debtors

Case No. 25-01339-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Oct 06, 2025    Form ID: pdf012    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol  Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Tammy Marie Walton, Tommie Earl Walton, 623 Kinsington Court, Ridgeland, MS 39157-4138 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5516187 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 06 2025 19:30:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans logsecf@logs.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2024-2 Participation Interest |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf012 | Total Noticed: 2 |

        Trust kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr

        on behalf of Debtor Tammy Marie Walton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

        on behalf of Joint Debtor Tommie Earl Walton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

Wilkin Gray Hensarling

        on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans Trust whensarling@logs.com logsecf@logs.com

TOTAL: 7

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 6, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| TAMMY MARIE WALTON AND | |
| TOMMIE EARL WALTON | 25-01339 – JAW |

**AGREED ORDER**

THIS CAUSE came before the Court on the Debtors' Modified Plan (DK # 49) and the Trustee's Response (DK # 56); and the parties agree as follows:

THAT, the Debtors' Modified Plan is granted.

THAT, the Debtors' Plan is further modified to pay the secured and priority portions of the Mississippi Department of Revenue's claim as filed.

THAT, the Debtors' wage order shall be amended as necessary to comply with the terms of this order.

##END OF ORDER##

AGREED:

| | |
|---|---|
| /s/ Joshua C. Lawhorn | /s/ Thomas C. Rollins, Jr. |
| JOSHUA C. LAWHORN – MSB # 103902 | THOMAS C. ROLLINS, JR. |
| ATTORNEY FOR TRUSTEE | ATTORNEY FOR DEBTORS |
| POST OFFICE BOX 4476 | |
| JACKSON, MS 39296-4476 | |
| PHONE:  601/362-6161 | |
| FAX:  601/362-8826 | |
| E-MAIL:  HJB@HBARKLEY13.COM | |