**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                CHAPTER 13 NO.:

TAMMY MARIE WALTON
TOMMIE EARL WALTON                                                          25 – 01339 – JAW

### TRUSTEE'S NOTICE AND MOTION TO MODIFY

COMES NOW Harold J. Barkley, Jr, the duly appointed and qualified Standing Trustee in the above cause and moves to modify the above proceeding for reasons to be shown below.

1. The Debtors' Chapter 13 Plan was confirmed by Order of this Court entered on October 9, 2025.

2. That, Federal Home Loan Mortgage Corporation has filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges in the amount of $425.00 of which $175.00 is for "*bankruptcy/proof of claim fees*", $75.00 is for "*title cosys: property report*" and $175.00 is for "*plan review*".

3. Therefore, Debtors' Plan should be modified to pay Federal Home Loan Mortgage Corporation the amount of $425.00 over the remaining term of the confirmed plan with the Debtors' wage order being amended as necessary.

4. That, the indebtedness of those creditors not timely filing proof of claims should be paid $0.00 and said indebtedness should be discharged upon completion of this plan.

5. **You are hereby notified** that all Objections must be made in writing to the Clerk of this Court. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U. S. Bankruptcy Court, U. S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, with a copy mailed to the Trustee at the address below.

6. Y**ou are further notified** that all Objections must be made within thirty (30) days of this date, being      **November 10, 2025.**

7. Y**ou are further notified** that should no Objection be timely filed, the Court will be requested to enter an Order ex parte.

8. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion to Modify, and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: October    10   , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601-362-6161
FAX: 601-362-8826
E-MAIL: HJB@HBARKLEY13.COM

## C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Tammy Marie Walton
Tommie Earl Walton
623 Kinsington Court
Ridgeland, MS 39157

Federal Home Loan Mortgage Corp.
Select Portfolio Servicing, Inc.
Post Office Box 65250
Salt Lake City, UT 84165-0250

Federal Home Loan Mortgage Corp.
Select Portfolio Servicing, Inc.
Post Office Box 65450
Salt Lake City, UT 84165-0450

Hon. Wilkin G. Hensarling
whensarling@logs.com

Hon. Eric C. Miller
logsecf@logs.com

Hon. Kimberly D. Putnam
Kim.mackey@ms.creditorlawyers.com

Dated: October    10   , 2025

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.