United States Bankruptcy Court

Southern District of Mississippi

In re:  
Tammy Marie Walton  
Tommie Earl Walton  
    Debtors

Case No. 25-01339-JAW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3          User: mssbad          Page 1 of 3

Date Rcvd: Oct 09, 2025          Form ID: n031          Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tammy Marie Walton, Tommie Earl Walton, 623 Kinsington Court, Ridgeland, MS 39157-4138 |
| cr | | Federal Home Loan Mortgage Corporation As Trustee, ATTN: BK Dept, 3501 Olympus Blvd., 5th Floor, Suite 500, Dallas, TX 75019 |
| 5516181 | + | Elite PT, 1645 W Government St, Brandon, MS 39042-4602 |
| 5541307 | | FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE, Selene Finance, LP, ATTN: BK Dept, 3501 Olympus Blvd., 5th Floor, Suite 500, Dallas , TX , 75019 |
| 5518335 | + | Kimberly D. Putnam, Esq., for Federal Home Loan Mortgage Corporati, as Trustee for Freddie Mac SLST 2024-2, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5521535 | + | LOGS Legal Group LLP, for Federal Home Loan Mortgage Corporati, as Trustee of the Benefit of the Freddie, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5516188 | + | MS Urology Clinic, PO Box 116663, Atlanta, GA 30368-6663 |
| 5516189 | + | Prudential, PO Box 7390, Philadelphia, PA 19176-7390 |
| 5516190 | + | Radiological Group, P.O. Box 2989, Jackson, MS 39207-2989 |
| 5516194 | + | Shadow Property Owners, P.O. Box 320248, Flowood, MS 39232-0248 |
| 5519367 | + | Shadowood HOA, PO Box 320248, Flowood, MS 39232-0248 |
| 5516195 | + | Shadowood-Wendover HOA, P.O. Box 320248, Flowood, MS 39232-0248 |
| 5516197 | + | Total Pain Care, PO BOX 649113, Dallas, TX 75264-9113 |
| 5516199 | + | UPS Employees Credit Union, Attn: Bankruptcy, 1814 East Brooks Road, Memphis, TN 38116-3608 |
| 5516201 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2025 19:27:40 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2025 19:25:00 | Federal Home Loan Mortgage Corporation, as Trustee, P.O. Box 65250, Salt Lake City, UT 84165, UNITED STATES 84165-0250 |
| 5516177 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2025 19:27:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5516178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2025 19:27:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5516179 | + | Email/PDF: acg.coaf@aisinfo.com | Oct 09 2025 19:27:39 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5520005 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2025 19:27:27 | Capital One Auto Finance, a division of, Capital One, N.A., Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5519398 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2025 19:27:38 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| 5516180 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | Oct 09 2025 19:25:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516183 | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | Oct 09 2025 19:25:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5542902 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | Oct 09 2025 19:25:00 | Federal Home Loan Mortgage Corporation as Trustee, for Freddie Mac SLST 2024-2 Participatio, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5529135 | + Email/Text: bankruptcy@curo.com | |
| | Oct 09 2025 19:25:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5516182 | + Email/Text: bankruptcies@foxcollection.com | |
| | Oct 09 2025 19:25:00 | Fox Collection Center, P.O. Box 528, Goodlettsvill, TN 37070-0528 |
| 5531407 | + Email/Text: bankruptcy@towerloan.com | |
| | Oct 09 2025 19:25:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5520227 | + Email/Text: bankruptcy@curo.com | |
| | Oct 09 2025 19:25:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5516184 | + Email/Text: ebone.woods@usdoj.gov | |
| | Oct 09 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5542144 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | Oct 09 2025 19:27:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516187 | Email/Text: BANKRUPTCY@DOR.MS.GOV | |
| | Oct 09 2025 19:25:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5516185 | + Email/Text: bankruptcy@marinerfinance.com | |
| | Oct 09 2025 19:25:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5540119 | + Email/Text: bankruptcydpt@mcmcg.com | |
| | Oct 09 2025 19:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5516186 | + Email/Text: bankruptcydpt@mcmcg.com | |
| | Oct 09 2025 19:25:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5527370 | Email/Text: bnc-quantum@quantum3group.com | |
| | Oct 09 2025 19:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5541426 | Email/Text: bnc-quantum@quantum3group.com | |
| | Oct 09 2025 19:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5516191 | Email/Text: bankruptcy@republicfinance.com | |
| | Oct 09 2025 19:25:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5520174 | Email/Text: bankruptcy@republicfinance.com | |
| | Oct 09 2025 19:25:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5531122 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | Oct 09 2025 19:27:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516192 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | Oct 09 2025 19:25:00 | Select Portfolio, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5516193 | + Email/Text: bkteam@selenefinance.com | |
| | Oct 09 2025 19:25:00 | Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619 |
| 5516196 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
| | Oct 09 2025 19:27:26 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516198 | Email/Text: bankruptcy@towerloan.com | |
| | Oct 09 2025 19:25:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5516200 | ^ MEBN | |
| | Oct 09 2025 19:20:12 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

District/off: 0538-3     User: mssbad     Page 3 of 3

Date Rcvd: Oct 09, 2025     Form ID: n031     Total Noticed: 45

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric C Miller | on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans logsecf@logs.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Kimberly D. Putnam | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tammy Marie Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tommie Earl Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wilkin Gray Hensarling | on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans whensarling@logs.com  logsecf@logs.com |

TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01339−JAW
**Chapter:** 13

**In re:**

| | |
|---|---|
| Tammy Marie Walton | Tommie Earl Walton |
| aka Tammy M Walton | aka Tommie E Walton |
| 623 Kinsington Court | 623 Kinsington Court |
| Ridgeland, MS 39157 | Ridgeland, MS 39157 |

Notice of Entry of Order Confirming Plan

The Court entered an Order on October 9, 2025 (Dkt. # 65 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: October 9, 2025

Danny L. Miller, Clerk of Court