IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

TAMMY MARIE WALTON AND
TOMMIE EARL WALTON                                                   25-01339 – JAW

ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #     ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Debtors' Plan shall be modified to pay Creditor Federal Home Loan Mortgage Corporation for the Post-petition Mortgage Fees, Expenses and Charges in the amount of $350.00 over the life of the Debtors' Plan.

THAT, the Debtors' wage deduction order shall be amended as necessary to comply with the terms of this Motion.

THAT, the indebtedness of those creditors, not timely filing proof of claims, shall be paid $0.00, and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM