**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Tammy Marie Walton                                              Case No. 25-01339-JAW
         Tommie Earl Walton, Debtors                                              CHAPTER 13

### SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,494.00 | $510.24 | $3,004.24 | 38 | 07/23/25 |
| $2,097.50 | $235.46 | $2,332.96 | n/a | n/a |
| $4,591.50 | $745.70 | $5,337.20 | | |



# INVOICE

Invoice # 8015  
Date: 06/19/2025  
Due On: 07/19/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767  
Jackson, MS 39236

Tammy Marie Walton and Tommie Earl Walton

### 05867-Walton Tammy Marie Walton and Tommie Earl

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | VM | 04/07/2025 | In-Office Conference: Debtors came to make payment and drop off paperwork, collected information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards to ensure we have all documents for attorney to prepare case. Emailed all docs to myself. Gave GM payment. | 1.00 | $100.00 | $100.00 |
| Service | VM | 04/08/2025 | Review email from debtor: Reviewed and organized documents from debtor that were in my emai, uploaded to file and updated tasks | 0.50 | $100.00 | $50.00 |
| Service | VM | 04/08/2025 | In-Office Conference: Debtor came to provide documentation needed, scanned and gave back, also assisted with getting fee agreement signed. | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/10/2025 | Incoming Call: Mr. Walton called in regards to credit counseling course, was needing information, drafted email/text and reminded him of fee agreement as well | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/10/2025 | Incoming Call: Debtor called back, Credit counseling course is completed. Husband said he reminded wife to complete Credit counseling course. | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/16/2025 | Draft email to client to review credit report and provide us with a any | 0.20 | $155.00 | $31.00 |

Page 1 of 8

Invoice # 8015 - 06/19/2025

|         |    |            |                                                                                                                                                                                                                                                    |      |          |          |
|---------|----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |    |            | debts not included in the report: Pulled credit report and emailed copy to debtors for review                                                                                                                                                      |      |          |          |
| Service | VM | 04/16/2025 | Incoming Call: Debtor called to speak with me regarding complaints about her case.                                                                                                                                                                 | 0.30 | $100.00  | $30.00   |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with debtor regarding tax extension he emailed VM; reviewed VM's email and verified receipt. Transferred call to VM.                                                                                               | 0.10 | $0.00    | $0.00    |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with creditor, Tower Loan, verifying if the debtor had hired us to represent them.                                                                                                                                 | 0.10 | $0.00    | $0.00    |
| Service | VM | 04/21/2025 | Incoming Call: Debtor confirmed I got correct document in email. confirmed I did.                                                                                                                                                                  | 0.10 | $100.00  | $10.00   |
| Service | VM | 04/21/2025 | Incoming Call: Debtor called to confirm Credit counseling course was completed - confirmed it was.                                                                                                                                                 | 0.10 | $100.00  | $10.00   |
| Service | VM | 04/21/2025 | In-Office Conference: Debtor came to office to confirm email with document he sent was the incorrect document needed - confirmed it was and informed him with correct tax form is needed.                                                          | 0.20 | $100.00  | $20.00   |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with debtor; Transferred to VM.                                                                                                                                                                                    | 0.10 | $0.00    | $0.00    |
| Service | VM | 04/21/2025 | Reviewed and organized emails from debtor with social security card and tax extension attached, organized and uploaded for review. Assigned input task list.                                                                                       | 0.20 | $100.00  | $20.00   |
| Service | BM | 04/22/2025 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 1.00 | $155.00  | $155.00  |
| Service | VM | 04/23/2025 | Call Debtor: Gathered information needed for Get Information task - for lawyer                                                                                                                                                                     | 0.40 | $100.00  | $40.00   |
| Service | BM | 04/28/2025 | Input Case-continued preparation of                                                                                                                                                                                                                | 0.40 | $155.00  | $62.00   |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Schedule J, SOFA, Schedule B |  |  |  |
| Service | JC | 04/29/2025 | Reviewed creditor matrix; drafted e-mail to both debtors attaching same for their review. | 0.10 | $155.00 | $15.50 |
| Service | VM | 04/30/2025 | Incoming Call: Phone conference with debtor to request needed paystub and recent statement . | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/01/2025 | Call Debtor: Phone conference with debtor to inquire about needed paystub, debtor replied that he was on the way. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/01/2025 | Debtor came to our office to drop off paperwork needed. Scanned paystubs and combined statements. | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/01/2025 | Reviewed email from debtor with bills of debts they wish to add to matrix, created list, and updated task for paralegal to review. | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/02/2025 | Incoming Call: Phone conference with debtor wanting to know why the US Attorney General was listed in their creditors matrix; Reviewed file; Call dropped; drafted memo to VM. | 0.20 | $0.00 | $0.00 |
| Service | VM | 05/02/2025 | Call Debtor: Called debtor to inform her why US attorney was listed on matrix and what else I've added from. bills husband sent. | 0.20 | $100.00 | $20.00 |
| Service | BM | 05/06/2025 | Input Case-continued preparation of Schedule B, SOFA, Schedule F, Schedule I/J | 0.50 | $155.00 | $77.50 |
| Service | BB | 05/06/2025 | Incoming Call: Phone conference with debtor requesting an update on his case. Informed the debtor the attorney is working on his file. Debtor inquired if he should pay his car note. Informed the debtor we recommend to. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/09/2025 | Input Case - review & revise drafted petition, schedules prepared by BM. Provide treatment for secured and priority debts. Calculate plan pmt, calculate income & deductions for MT & I. Research SSns on Lexis | 0.90 | $275.00 | $247.50 |
| Service | CO | 05/12/2025 | Contact Debtor (Text/Email): Drafted email to both debtors requesting additional information to prepare their | 0.10 | $100.00 | $10.00 |

Invoice # 8015 - 06/19/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | case; drafted text to both debtor requesting they review and respond to my email. | | | |
| Service | CO | 05/12/2025 | Reviewed email from debtor with information requested by the attorney. Drafted email to debtor confirming receipt and updated task. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/13/2025 | Contact Debtor (Text/Email): Drafted text to debtor asking for the address to the property association they have a judgement with. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/13/2025 | Review and organize documents provided by debtor: Reviewed text from debtor with address requested by the attorney. Updated the task and forward file to attorney for review. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/15/2025 | Draft email to debtor with bankruptcy options | 0.40 | $275.00 | $110.00 |
| Service | JAC | 05/15/2025 | Calculate plan payment options with and without both houses. not feasible to keep both | 0.50 | $275.00 | $137.50 |
| Service | JC | 05/19/2025 | Call Debtor: Reviewed e-mail from husband regarding filing options; called husband; they want option 2 but he informed that he doesn't owe John Deere anything. I looked at the schedules and didn't see it listed there. He also said that he received a Notice of Lien Cancellation from MDOR. He said they took over $4,000 of his retirement check and then he got the Notice. He said this was not for 2024, as he filed an extension, but it is for the years prior. He said he doesn't think he owes MDOR anything because he hasn't received any kind of bill. The Notice states the reason for cancellation is the liability was satisfied. Drafted e-mail to JAC attaching Notice for her review; discussed signing and that 1st payment is due 30 days from signing. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 05/19/2025 | review email from JC re: taxes to state paid, lien cancelled. Calculate plan pmt to keep 1 house, surrender 2nd house, pay 100% to unsecureds. | 0.20 | $275.00 | $55.00 |
| Service | JAC | 05/19/2025 | review & respond to email form JC | 0.10 | $275.00 | $27.50 |
| Service | JC | 05/19/2025 | Incoming Call: Telephone call from | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | husband; he wanted to make sure that he told me he wanted option 1; informed him that he did and that I sent the changes to the attorney for review. | | | |
| Service | JAC | 05/20/2025 | Update treatment on secured debts for ∆s to keep both houses. prepare J | 0.20 | $275.00 | $55.00 |
| Service | JC | 05/21/2025 | Incoming Call: Telephone call from wife; discussed filing option 1 and it taking their whole income; after a while of discussing that the only option is to surrender a home, she ended up saying they are not willing to do that, and if she has to go back on the road for nursing, she will; discussed wage order and them paying until it starts; discussed getting garnishments stopped; discussed someone will call to schedule a signing appointment; she asked when, and I told her that it shouldn't be too long but that I could not give her a specific day; drafted e-mail to JAC informing debtors are ready to file option 1 - keeping both houses and they want to file as quickly as possible to stop garnishments. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 05/21/2025 | review & respond to email from jc | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/27/2025 | Prepare Signing Docs | 0.20 | $275.00 | $55.00 |
| Service | TR | 05/28/2025 | Signing | 0.50 | $275.00 | $137.50 |
| Service | JAC | 05/29/2025 | Draft and send text to W to review & sign final bk so we can file the case | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/30/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $275.00 | $110.00 |
| Service | JC | 05/30/2025 | Drafted stop garnishment letter to Wilkerson Law Firm; reviewed Notice of Filing; drafted e-mail memo with letter and Notice attached to SA/GM to obtain TR's approval and signature to prepare for mailing to creditor. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/30/2025 | Reviewed and signed Stop garnishment letter sent to Wilkinson Law Firm and Fresenius Medical Group | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/02/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | e-mail to debtor attaching copy of stop garnishment letter. | | | |
| Service | JC | 06/02/2025 | Prepared fax to Wilkinson Law Firm attaching copy of stop garnishment letter and requesting the garnishment be immediately stopped. | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/02/2025 | Contact Debtor (Text/Email): Reviewed Chapter 13 plan for plan payment information; drafted email to debtor providing her plan payment and information on what to do/expect after filing. | 0.20 | $100.00 | $20.00 |
| Service | CO | 06/02/2025 | Incoming Call: Phone conference with Mariner Finance; Provided debtor's case number. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/03/2025 | Review: 25-01339-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/03/2025 | Reviewed court docket for the Plan and the Meeting of Creditors; reviewed Credit Union website and the Secretary of State website to verify creditor addresses; drafted Notice of Plan; drafted email memo to JAC re: review notice of plan | 0.30 | $155.00 | $46.50 |
| Service | JAC | 06/03/2025 | Review: 25-01339-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 06/04/2025 | review & approve drafted notice | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/04/2025 | Review email from Attorney: Reviewed email memo from JAC re: Notice of Plan; revised Notice of Plan with correct dates; prepared the Notice of Plan and the Plan for upload to the court and to add the 6 additional creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/04/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice and the Plan with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | CO | 06/04/2025 | Contact Debtor (Text/Email): Review: 25-01339-JAW Order Upon Employer Directing Deductions from Pay; drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/06/2025 | Review and organize documents | 0.50 | $100.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Created list of missing documents needed for the Trustee. Reviewed and organized Trustee documents into the Trustee website. | | | |
| Service | JC | 06/10/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BM | 06/11/2025 | Incoming Call: Call from debtor to inquire about the post petition credit counseling. Explained that it does have to be completed for the case and resent debtor the information for the course | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/17/2025 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | JC | 06/19/2025 | Reviewed activities in case; began drafting 1st Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 06/19/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$2,494.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/30/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 05/30/2025 | Credit Report | 2.00 | $45.00 | $90.00 |
| Expense | 05/30/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 05/30/2025 | Postage: Mailed Stop garnishment letter to Wilkinson Law Firm and Fresenius Medical Group | 2.00 | $0.69 | $1.38 |
| Expense | 06/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $45.54 | $45.54 |
| Expense | 06/19/2025 | Mailing Expense - Fee Application: Mailing Expense - 1st Fee Application Estimate | 1.00 | $40.32 | $40.32 |
| | | | **Expenses Subtotal** | | **$510.24** |

Invoice # 8015 - 06/19/2025

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 3.5 | $275.00 | $962.50 |
| | Thomas Rollins | Attorney | 0.9 | $275.00 | $247.50 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Jacki Curry | Non-Attorney | 1.8 | $155.00 | $279.00 |
| | Vanessa Martinez | Non-Attorney | 4.1 | $100.00 | $410.00 |
| | Breanne McDaniel | Non-Attorney | 2.2 | $155.00 | $341.00 |
| | Clara Ortega | Non-Attorney | 1.2 | $100.00 | $120.00 |
| | Clara Ortega | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| | | | | Subtotal | $3,004.24 |
| | | | | Total | $3,004.24 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8015 | 07/19/2025 | $3,004.24 | $0.00 | $3,004.24 |
| | | | Outstanding Balance | $3,004.24 |
| | | | Total Amount Outstanding | $3,004.24 |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload? `5` pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents? `24` parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet. `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side. `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 60 |  |
| Date and Time: | Thu Jun 19 2025 13:51:12 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 120 |  |
| Sheets Per Envelope | 2.5 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 22.8 |
| Postage Cost: | $ | 17.52 |
| Total Cost: | $ | 40.32 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED