

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
DEC - 3 2025
By: Danny L. Miller
Clerk of Court
Deputy Clerk

002  JTFLSF4 39201