**Fill in this information to identify the case:**

Debtor 1  Tommie Earl Walton

Debtor 2  Tammy Marie Walton
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Mississippi (Jackson - 3)

Case Number  25-01339-JAW

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust

**Court claim no.** (if known):  15

**Last 4 digits** of any number you use to identify the debtor's account:

XXXXXX5908

**Date of payment change:**
Must be at least 21 days after date of this notice

08/01/2026

**New total payment:**
Principal, interest, escrow, if any
*For HELOC payment amounts, see Part 3*

$2,489.99

---

**Part 1:** **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,350.67          New escrow payment: $ 1,172.84

**Part 2:** **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

**Part 3:** **Annual HELOC Notice**

3. **Will there be a change in the debtor`s home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   **Current HELOC payment:**          **$_____**

   **Reconciliation amount:**          **+ $_____**

                                       **- $_____**

   **Amount of next payment (including reconciliation amount)**          **$_____**

---

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

**Amount of the new payment thereafter (without reconciliation amount)**       $_____

<div style="background:black;color:white;display:inline-block;">Part 4:</div> **Other Payment Change**

4   **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑   No

☐   Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment**: $ _____        **New mortgage payment:** $ _____

Debtor 1   Tommie Earl Walton_____        Case number (*if known*) 25-01339-JAW_____
            First Name    Middle Name    Last Name

<div style="background:black;color:white;display:inline-block;">Part 5:</div> **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☑   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖  /s/ Michael Lindsey_____        Date   6/11/2026_____
       Signature

Print:        Michael Lindsey_____        Title   Attorney at Law_____
              First Name    Middle Name    Last Name

Company:    Dean Morris, LLC_____

              1505 N 9th St_____
              Number    Street

              Monroe,   LA  71201_____
              City                State    Zip Code

Contact Phone   318-388-1440_____        Email   info@hwmlawfirm.com_____

## <u>MAILING CERTIFICATE</u>

The undersigned hereby certifies that on June 11, 2026 a true and correct copy of the foregoing

Notice of Mortgage Payment Change was filed via the CM/ECF system and mailed by first class mail,

postage prepaid, or via ECF, to each of the following by the method indicated:

Tammy Marie Walton and Tommie Earl
Walton
623 Kinsington Ct
Ridgeland, MS 39157
      Debtor

Thomas Carl Rollins, Jr
      Via ECF
      Attorney for Debtors

Harold J. Barkley, Jr.
      Via ECF
      Chapter 13 Trustee

United States Trustee
      Via ECF

<u>/s/ Michael Lindsey</u>



Sign up for paperless delivery at www.spservicing.com

Paperless

April 23, 2026

TAMMY M WALTON
TOMMIE E WALTON
623 KINSINGTON CT
RIDGELAND, MS 39157

**Account Number:**
**Property Address:** 623 KINSINGTON CT
                    RIDGELAND, MS 39157

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your
new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

SPS reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment | New Payment (as of 08/01/2026) | Change |
|---|---|---|---|
| **Principal and Interest** | $1,317.15 | $1,317.15 | |
| **Regular Escrow Payment** | $1,350.67 | $1,172.84 | $-177.83 |
| **Monthly Shortage Payment** | $0.00 | $0.00 | $0.00 |
| **Total Payment** | **$2,667.82** | **$2,489.99** | **$-177.83** |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements | Current Year Estimated Disbursements (as of 08/01/2026) | Change |
|---|---|---|---|
| Tax Disbursements | $0.00 | $2,816.74 | $2,816.74 |
| Hazard Insurance Disbursements | $0.00 | $10,514.04 | $10,514.04 |
| Mortgage Insurance Disbursements | $0.00 | $743.28 | $743.28 |
| **Total Annual Escrow Disbursements** | **$0.00** | **$14,074.06** | **$14,074.06** |
| **Monthly Escrow Payment** | **$1,350.67** | **$1,172.84** | **$-177.83** |
| **Monthly Shortage Payment** | **$0.00** | **$0.00** | **$0.00** |

See reverse side

**B.** **Escrow Reserve Requirements –** RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 2 months.  This reserve is established to cover unanticipated increases in your property taxes, insurance and other escrow amounts. The monthly reserve requirement amount is $2,221.80 and is accounted for in your monthly escrow payment reflected above in Tables 1 and 2.  If your account has mortgage insurance, the monthly mortgage insurance amount has been removed from the escrow reserve requirements.

**C.** **Escrow Surplus  –** The actual beginning balance on your account in Tables 3 and 4 is $16,311.10.  According to the projections shown in Tables 3 and 4, your required beginning balance should be $3,864.89.If the scheduled payments are made there will be a surplus in the account of $12,446.21.

If your account meets minimum criteria defined below, we will send a refund check for this surplus under separate cover for the full or partial refund[1].

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $0.00.  This amount has been removed from the projected starting balance.

Your total refund is $12,446.21, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance.  $16,311.10 - $3,864.89 = $12,446.21.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis.  An asterisk (*) indicates a difference from a previous estimate in either the date or the amount.  The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis.  Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments | | Disbursements | | |
| | | Estimate | Actual | Estimate | Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $0.00 |
| **Total Actual Activity** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |

See reverse side

**Expected Payments**

| | | | | |
|---|---|---|---|---|
| **Total Including Expected Payments** | $0.00 | $0.00 | $0.00 | $0.00 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity.  The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis.  This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $16,311.10 | $3,864.89 |
| August 2026 | CONV. PMI | $1,172.84 | $61.94 | $7,657.03 | $4,975.79 |
| August 2026 | HAZARD INS | $0.00 | $876.17 | $6,780.86 | $4,099.62 |
| September 2026 | CONV. PMI | $1,172.84 | $61.94 | $7,891.76 | $5,210.52 |
| September 2026 | HAZARD INS | $0.00 | $876.17 | $7,015.59 | $4,334.35 |
| October 2026 | CONV. PMI | $1,172.84 | $61.94 | $8,126.49 | $5,445.25 |
| October 2026 | HAZARD INS | $0.00 | $876.17 | $7,250.32 | $4,569.08 |
| November 2026 | CONV. PMI | $1,172.84 | $61.94 | $8,361.22 | $5,679.98 |
| November 2026 | HAZARD INS | $0.00 | $876.17 | $7,485.05 | $4,803.81 |
| December 2026 | CONV. PMI | $1,172.84 | $61.94 | $8,595.95 | $5,914.71 |
| December 2026 | COUNTY TAX | $0.00 | $2,816.74 | $5,779.21 | $3,097.97 |
| December 2026 | HAZARD INS | $0.00 | $876.17 | $4,903.04 | $2,221.80** |
| January 2027 | CONV. PMI | $1,172.84 | $61.94 | $6,013.94 | $3,332.70 |
| January 2027 | HAZARD INS | $0.00 | $876.17 | $5,137.77 | $2,456.53 |
| February 2027 | CONV. PMI | $1,172.84 | $61.94 | $6,248.67 | $3,567.43 |
| February 2027 | HAZARD INS | $0.00 | $876.17 | $5,372.50 | $2,691.26 |
| March 2027 | CONV. PMI | $1,172.84 | $61.94 | $6,483.40 | $3,802.16 |
| March 2027 | HAZARD INS | $0.00 | $876.17 | $5,607.23 | $2,925.99 |
| April 2027 | CONV. PMI | $1,172.84 | $61.94 | $6,718.13 | $4,036.89 |
| April 2027 | HAZARD INS | $0.00 | $876.17 | $5,841.96 | $3,160.72 |
| May 2027 | CONV. PMI | $1,172.84 | $61.94 | $6,952.86 | $4,271.62 |
| May 2027 | HAZARD INS | $0.00 | $876.17 | $6,076.69 | $3,395.45 |
| June 2027 | CONV. PMI | $1,172.84 | $61.94 | $7,187.59 | $4,506.35 |
| June 2027 | HAZARD INS | $0.00 | $876.17 | $6,311.42 | $3,630.18 |
| July 2027 | CONV. PMI | $1,172.84 | $61.94 | $7,422.32 | $4,741.08 |
| July 2027 | HAZARD INS | $0.00 | $876.17 | $6,546.15 | $3,864.91 |
| **Totals** | | $14,074.08 | $14,074.06 | | |

If you wish to send a written inquiry about your account or dispute any of the information on this statement, please send it to the address listed below for Notice of Error/Information Request. If you send your Notice of Error/Information Request to any other address, it may not be processed in accordance with the guidelines established by the Real Estate Settlement Procedures Act (RESPA).

**Important Mailing Addresses:**

| General Correspondence | Payment Remittance | Notice of Error/Information Request |
|---|---|---|
| PO Box 65250 Salt Lake City, UT 84165-0250 | PO Box 65450 Salt Lake City, UT 84165-0450 | PO Box 65277 Salt Lake City, UT 84165-0277 |

See reverse side

¹ Refund Information

Although our analysis determined an overage in your escrow account, a check may not be issued.  This may be due to one or more of the following.

- An overage refund that exceeds your current escrow balance may not be refunded in one check.  Funds currently available and held in escrow will be refunded, but any remaining difference between the previous refund and the full refund will be sent once the funds become available in the escrow account.  If the additional funds are not available in the escrow account within 30 days of this statement, please contact us to review your account to determine if any additional refund is available to be sent.  The refund amount from statement is a projection of the funds that will be in your account in the future, not the amount of the funds that are currently in your account.
- Overages are not refunded when an account is delinquent.  Please review your payment history and due date for your account.  If it is 30 days or greater past due, an escrow refund will not be sent until the payments have been made.  Once your mortgage payments are current, please request a refund of your escrow overage amount.  Your refund amount may vary at that time from the amount listed on this statement as additional escrow activity may change the amount eligible for a refund.

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective.  If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.  You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side