_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                            **BANKRUPTCY NO.  25-01339-JAW**
**TAMMY MARIE WALTON**
**TOMMIE EARL WALTON**


### ORDER OF DISMISSAL

**THIS DAY,**   the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK # 87).  After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerkof this Court a written responsive pleading to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

**##END OF ORDER##**


SUBMITTED BY:

/s/ Harold J. Barkley, Jr._____
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone:  601-362-6161
 e-mail:  hjb@hbarkley13.com