United States Bankruptcy Court

Southern District of Mississippi

In re:

Tammy Marie Walton

Tommie Earl Walton

    Debtors

Case No. 25-01339-JAW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3          User: mssbad          Page 1 of 3

Date Rcvd: Jul 16, 2026          Form ID: ntcdsm          Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tammy Marie Walton, Tommie Earl Walton, 623 Kinsington Court, Ridgeland, MS 39157-4138 |
| cr | | Federal Home Loan Mortgage Corporation As Trustee, ATTN: BK Dept, 3501 Olympus Blvd., 5th Floor, Suite 500, Dallas, TX 75019 |
| 5516181 | + | Elite PT, 1645 W Government St, Brandon, MS 39042-4602 |
| 5541307 | | FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE, Selene Finance, LP, ATTN: BK Dept, 3501 Olympus Blvd., 5th Floor, Suite 500, Dallas , TX , 75019 |
| 5518335 | + | Kimberly D. Putnam, Esq., for Federal Home Loan Mortgage Corporati, as Trustee for Freddie Mac SLST 2024-2, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5521535 | + | LOGS Legal Group LLP, for Federal Home Loan Mortgage Corporati, as Trustee of the Benefit of the Freddie, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5516188 | + | MS Urology Clinic, PO Box 116663, Atlanta, GA 30368-6663 |
| 5516189 | + | Prudential, PO Box 7390, Philadelphia, PA 19176-7390 |
| 5516190 | + | Radiological Group, P.O. Box 2989, Jackson, MS 39207-2989 |
| 5516194 | + | Shadow Property Owners, P.O. Box 320248, Flowood, MS 39232-0248 |
| 5519367 | + | Shadowood HOA, PO Box 320248, Flowood, MS 39232-0248 |
| 5516195 | + | Shadowood-Wendover HOA, P.O. Box 320248, Flowood, MS 39232-0248 |
| 5516197 | + | Total Pain Care, PO BOX 649113, Dallas, TX 75264-9113 |
| 5516199 | + | UPS Employees Credit Union, Attn: Bankruptcy, 1814 East Brooks Road, Memphis, TN 38116-3608 |
| 5516201 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 16 2026 23:54:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 16 2026 19:50:00 | Federal Home Loan Mortgage Corporation, as Trustee, P.O. Box 65250, Salt Lake City, UT 84165, UNITED STATES 84165-0250 |
| 5516177 | + | EDI: CAPITALONE.COM | Jul 16 2026 23:54:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5516178 | + | EDI: CAPITALONE.COM | Jul 16 2026 23:54:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5516179 | + | EDI: CAPONEAUTO.COM | Jul 16 2026 23:54:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5520005 | + | EDI: AISACG.COM | Jul 16 2026 23:54:00 | Capital One Auto Finance, a division of, Capital One, N.A., Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5519398 | + | EDI: AIS.COM | Jul 16 2026 23:54:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0538-3        User: mssbad        Page 2 of 3

Date Rcvd: Jul 16, 2026        Form ID: ntcdsm        Total Noticed: 45

| Acct | | Method / Email | Date/Time | Name / Address |
|---|---|---|---|---|
| 5516180 | + | EDI: WFNNB.COM | Jul 16 2026 23:54:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5516183 | | EDI: IRS.COM | Jul 16 2026 23:54:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5542902 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 16 2026 19:50:00 | Federal Home Loan Mortgage Corporation as Trustee, for Freddie Mac SLST 2024-2 Participatio, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5529135 | + | Email/Text: bankruptcy@curo.com | Jul 16 2026 19:50:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5516182 | + | Email/Text: bk@foxcollection.com | Jul 16 2026 19:50:00 | Fox Collection Center, P.O. Box 528, Goodlettsvill, TN 37070-0528 |
| 5531407 | + | Email/Text: bankruptcycourt@towerloan.com | Jul 16 2026 19:50:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5520227 | + | Email/Text: bankruptcy@curo.com | Jul 16 2026 19:50:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5516184 | + | Email/Text: ebone.woods@usdoj.gov | Jul 16 2026 19:50:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5542144 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 19:54:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516187 | | EDI: MSDOR | Jul 16 2026 23:54:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5516185 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 16 2026 19:50:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5540119 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 19:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5516186 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2026 19:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5527370 | | EDI: Q3G.COM | Jul 16 2026 23:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5541426 | | EDI: Q3G.COM | Jul 16 2026 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5516191 | | Email/Text: bankruptcy@republicfinance.com | Jul 16 2026 19:50:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5520174 | | Email/Text: bankruptcy@republicfinance.com | Jul 16 2026 19:50:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5531122 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 19:54:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516192 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 16 2026 19:50:00 | Select Portfolio, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5516193 | + | Email/Text: bkteam@selenefinance.com | Jul 16 2026 19:50:00 | Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619 |
| 5516196 | + | EDI: SYNC | Jul 16 2026 23:54:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5516198 | | Email/Text: bankruptcycourt@towerloan.com | Jul 16 2026 19:50:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5516200 | ^ | MEBN | Jul 16 2026 19:49:51 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

District/off: 0538-3
User: mssbad
Page 3 of 3

Date Rcvd: Jul 16, 2026
Form ID: ntcdsm
Total Noticed: 45

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

**Name**     **Email Address**

Eric C Miller
> on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans logsecf@logs.com

Harold J. Barkley, Jr.
> on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
> HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Kimberly D. Putnam
> on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Michael Lindsey
> on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2024-2 Participation Interest Trust michaell@hwmlawfirm.com

Thomas Carl Rollins, Jr
> on behalf of Debtor Tammy Marie Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
> on behalf of Joint Debtor Tommie Earl Walton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

Wilkin Gray Hensarling
> on behalf of Creditor Federal Home Loan Mortgage Corporation As Trustee For The Benefit Of The Freddie Mac Seasoned Loans whensarling@logs.com logsecf@logs.com

TOTAL: 9

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  25−01339−JAW
Chapter:  13

In re:

Tammy Marie Walton
aka Tammy M Walton
623 Kinsington Court
Ridgeland, MS 39157

Tommie Earl Walton
aka Tommie E Walton
623 Kinsington Court
Ridgeland, MS 39157

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−0178                                    xxx−xx−9244

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 16, 2026.

Dated: 7/16/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600