

# INVOICE

Invoice # 9302
Date: 08/03/2026
Due On: 09/02/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Tammy Marie Walton and Tommie Earl Walton

## 05867-Walton Tammy Marie Walton and Tommie Earl

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 10/30/2025 | Drafted 2nd Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/30/2025 | Reviewed current invoice and completed Lodestar Analysis; completed Notice, Affidavit, proposed Order, 2nd Application for Compensation and Exhibit B utilizing Lodestar Analysis. | 0.50 | $155.00 | $77.50 |
| Service | JC | 10/30/2025 | Drafted memo to TR attaching Application for Compensation, Lodestar Analysis, Exhibit A, Exhibit B, and proposed Order for his review; drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/06/2025 | Reviewed memo from TR regarding Application, Invoice, Final Account, Prior Invoices, and proposed Order; revised Notice; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $0.00 | $0.00 |
| Service | JC | 11/07/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |

| Service | JC | 11/13/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Carey requesting proof of insurance for the property located at 1126 N Old Canton Road, Canton MS.; drafted text message to each debtor requesting same. | 0.10 | $155.00 | $15.50 |
|---------|----|------------|----|------|---------|--------|
| Service | CO | 11/13/2025 | Incoming Call: Phone conference with debtor calling in regard to JC's text asking for proof of home owner's insurance. Debtor stated he could not renew his insurance or purchase a new policy until the foundation of the home gets enclosed. He stated Selene sent them a letter saying they would purchase insurance for the home since they were notified there was not an active policy. Requested debtor send a copy of the letter Selene sent them to JC. Drafted memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/14/2025 | Review and respond to email memo: Reviewed task memo from CO regarding home insurance; drafted e-mail to Carey informing debtors' insurance lapsed, that the foundation has to be enclosed before they can obtain insurance, and they are going to accept the insurance Selene is purchasing. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/17/2025 | Review: 25-01339-JAW Order on Motion to Modify Plan Document# 73 | 0.10 | $275.00 | $27.50 |
| Service | JC | 11/21/2025 | Contact Debtor (Text/Email): Reviewed copy of insurance policy that was purchased in May submitted by debtors; reviewed case notes; drafted reply informing they had informed CO that the insurance had lapsed, that they could not obtain more without foundation repair, and that they wished for Selene to purchase the insurance; inquired if this is correct and informed that I have already requested Selene purchase the insurance. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/26/2025 | Review: 25-01339-JAW Order on Motion to Modify Plan Document# 75 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 12/04/2025 | Review: 25-01339-JAW Document Document# 77 | 0.10 | $275.00 | $27.50 |
| Service | SA | 12/04/2025 | Incoming Call: Δ called to speak with | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | JC, inquired if their taxes and insurance is included in their plan or if they pay that themselves; JC was unavailable; drafted email to JC regarding same | | | |
| Service | JAC | 12/08/2025 | Review: 25-01339-JAW Order on Application for Compensation Document# 78 | 0.10 | $275.00 | $27.50 |
| Service | JC | 12/08/2025 | Contact Debtor (Text/Email): Reviewed e-mail from SA informing debtors inquired if they needed to pay taxes and insurance or if it was included in their plan; reviewed case notes, Order on Motion to Modify, and confirmed plan; drafted text message to both debtors informing they need to pay direct taxes and insurance. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/08/2025 | Review: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 80 | 0.10 | $275.00 | $27.50 |
| Service | CO | 12/15/2025 | Contact Debtor (Text/Email): Reviewed: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/16/2025 | Contact Debtor (Text/Email): Reviewed text message from debtors informing they thought taxes and insurance were a part of their mortgage; drafted reply informing the mortgage company requested it change to them paying direct and they signed the Amended Plan making the change. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/30/2025 | Reviewed Letter from Prudential received in the mail regarding no assets. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/28/2026 | Review: 25-01339-JAW Order Upon Debtor Directing Payments to Trustee Document# 83 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/28/2026 | Review: 25-01339-JAW Release of Wages Document# 82 | 0.10 | $275.00 | $27.50 |
| Service | JC | 04/29/2026 | Contact Debtor (Text/Email): Reviewed Amended Wage Order; reviewed case notes; reviewed trustee's site for current payment amount; drafted e-mail to debtors attaching Order and informing the | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | monthly payment amount is $8,071.00, which is equal to the $3,725.00 bi-weekly amount that was being withheld from the paycheck. | | | |
| Service | JAC | 06/15/2026 | Review: 25-01339-JAW Notice of Mortgage Payment Change Document# 86 | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/17/2026 | Incoming Call: Telephone call from wife informing she lost her job in April and just started back to work; reviewed Confirmed Plan - informed that due to the liquidation and low unsecured debt percentage, we cannot lower her payments; she said her payments have gone only up since she filed and she has never made near what her plan payments are; reviewed trustee's site - discussed that the payments are significantly lower now that when she filed but that I do understand not making enough; discussed the consequences of dismissing her case; she said she will talk with her husband but she fills that dismissal is the only solution; informed her that they can possibly refile with another law firm; provided NDC website information for her to review her claims; drafted text message to each debtor inquiring if they understand that if they dismisses the chapter 13 bankruptcy, they will be behind on the debts that were included in that bankruptcy and if they understand that they will be personally responsible for paying any remaining balances on those debts that are not paid off during the course of that bankruptcy. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 06/25/2026 | Review: 25-01339-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 87 | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/25/2026 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; telephone conference with debtor regarding Motion; discussed reason for delinquency and dismissing case; drafted text message to both debtors | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | inquiring if they understand the consequences of dismissal. | | | |
| Service | JC | 06/26/2026 | Contact Debtor (Text/Email): Drafted follow-up text messages to debtors inquiring if they understand the consequences of dismissing their case. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/26/2026 | Contact Debtor (Text/Email): Reviewed text message from debtors informing they understand the consequences of dismissing their case but cannot do anything to avoid it; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 07/15/2026 | Incoming Call: Phone conference with debtor requesting to speak with JC. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/15/2026 | Reviewed e-mail from BB informing husband wants to know when creditors will be notified; reviewed docket - Order not yet entered; drafted text message to each debtor informing when a case is dismissed, the Court enters an Order of Dismissal. The Order is mailed to the creditors. Once the Court enters the dismissal, you will receive it in the mail. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/16/2026 | Review: 25-01339-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 88 | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/21/2026 | Draft Fee Application, Notice and Proposed roder: Reviewed 1st and 2nd Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; drafted e-mail to trustee's office inquiring if more attorney's fees will be disbursed. | 0.30 | $155.00 | $46.50 |
| Service | BB | 07/31/2026 | Incoming Call: Phone conference with debtor inquiring if we know why there was a monetary hold on her checking account as the bank could not tell her. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/31/2026 | Review and respond to email memo: Reviewed e-mail from BB informing debtors stated there was a hold on | 0.10 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| their bank account; case is dismissed, drafted reply informing she will have to work with the bank on it. |  |  |
|  | **Services Subtotal** | **$805.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/06/2025 | Mailing Expense - 2nd Fee Application Estimate v Actual Difference | 1.00 | $33.20 | $33.20 |
|  |  |  | **Expenses Subtotal** |  | **$33.20** |

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo |  | Attorney | 1.0 | $275.00 | $275.00 |
| Shaton Andrews |  | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland |  | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry |  | Non-Attorney | 3.1 | $155.00 | $480.50 |
| Jacki Curry |  | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Clara Ortega |  | Non-Attorney | 0.2 | $100.00 | $20.00 |
|  |  |  |  | **Subtotal** | **$838.70** |
|  |  |  |  | **Total** | **$838.70** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8015 | 07/19/2025 | $3,004.24 | $0.00 | $3,004.24 |
| 8444 | 11/29/2025 | $2,332.96 | $0.00 | $2,332.96 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9302 | 09/02/2026 | $838.70 | $0.00 | $838.70 |

Invoice # 9302 - 08/03/2026

| | |
|---|---|
| **Outstanding Balance** | **$6,175.90** |
| **Total Amount Outstanding** | **$6,175.90** |