**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  **Tammy Marie Walton**                                    **Case No. 25-01339-JAW**
**Tommie Earl Walton, Debtors**                              **CHAPTER 13**

### <u>FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B</u>

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,494.00 | $510.24 | $3,004.24 | 38 | 07/23/25 |
| $2,097.50 | $235.46 | $2,332.96 | 78 | 12/05/25 |
| $805.50 | $33.20 | $838.70 | n/a | n/a |
| $5,397.00 | $778.90 | $6,175.90 | | |



# INVOICE

Invoice # 8015
Date: 06/19/2025
Due On: 07/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Tammy Marie Walton and Tommie Earl Walton

## 05867-Walton Tammy Marie Walton and Tommie Earl

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | VM | 04/07/2025 | In-Office Conference: Debtors came to make payment and drop off paperwork, collected information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards to ensure we have all documents for attorney to prepare case. Emailed all docs to myself. Gave GM payment. | 1.00 | $100.00 | $100.00 |
| Service | VM | 04/08/2025 | Review email from debtor: Reviewed and organized documents from debtor that were in my emai, uploaded to file and updated tasks | 0.50 | $100.00 | $50.00 |
| Service | VM | 04/08/2025 | In-Office Conference: Debtor came to provide documentation needed, scanned and gave back, also assisted with getting fee agreement signed. | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/10/2025 | Incoming Call: Mr. Walton called in regards to credit counseling course, was needing information, drafted email/text and reminded him of fee agreement as well | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/10/2025 | Incoming Call: Debtor called back, Credit counseling course is completed. Husband said he reminded wife to complete Credit counseling course. | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/16/2025 | Draft email to client to review credit report and provide us with a any | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debts not included in the report: Pulled credit report and emailed copy to debtors for review | | | |
| Service | VM | 04/16/2025 | Incoming Call: Debtor called to speak with me regarding complaints about her case. | 0.30 | $100.00 | $30.00 |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with debtor regarding tax extension he emailed VM; reviewed VM's email and verified receipt. Transferred call to VM. | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with creditor, Tower Loan, verifying if the debtor had hired us to represent them. | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/21/2025 | Incoming Call: Debtor confirmed I got correct document in email. confirmed I did. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/21/2025 | Incoming Call: Debtor called to confirm Credit counseling course was completed - confirmed it was. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/21/2025 | In-Office Conference: Debtor came to office to confirm email with document he sent was the incorrect document needed - confirmed it was and informed him with correct tax form is needed. | 0.20 | $100.00 | $20.00 |
| Service | CO | 04/21/2025 | Incoming Call: Phone conference with debtor; Transferred to VM. | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/21/2025 | Reviewed and organized emails from debtor with social security card and tax extension attached, organized and uploaded for review. Assigned input task list. | 0.20 | $100.00 | $20.00 |
| Service | BM | 04/22/2025 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 1.00 | $155.00 | $155.00 |
| Service | VM | 04/23/2025 | Call Debtor: Gathered information needed for Get Information task - for lawyer | 0.40 | $100.00 | $40.00 |
| Service | BM | 04/28/2025 | Input Case-continued preparation of | 0.40 | $155.00 | $62.00 |

| | | | Schedule J, SOFA, Schedule B | | | |
|---|---|---|---|---|---|---|
| Service | JC | 04/29/2025 | Reviewed creditor matrix; drafted e-mail to both debtors attaching same for their review. | 0.10 | $155.00 | $15.50 |
| Service | VM | 04/30/2025 | Incoming Call: Phone conference with debtor to request needed paystub and recent statement . | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/01/2025 | Call Debtor: Phone conference with debtor to inquire about needed paystub, debtor replied that he was on the way. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/01/2025 | Debtor came to our office to drop off paperwork needed. Scanned paystubs and combined statements. | 0.20 | $100.00 | $20.00 |
| Service | VM | 05/01/2025 | Reviewed email from debtor with bills of debts they wish to add to matrix, created list, and updated task for paralegal to review. | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/02/2025 | Incoming Call: Phone conference with debtor wanting to know why the US Attorney General was listed in their creditors matrix; Reviewed file; Call dropped; drafted memo to VM. | 0.20 | $0.00 | $0.00 |
| Service | VM | 05/02/2025 | Call Debtor: Called debtor to inform her why US attorney was listed on matrix and what else I've added from. bills husband sent. | 0.20 | $100.00 | $20.00 |
| Service | BM | 05/06/2025 | Input Case-continued preparation of Schedule B, SOFA, Schedule F, Schedule I/J | 0.50 | $155.00 | $77.50 |
| Service | BB | 05/06/2025 | Incoming Call: Phone conference with debtor requesting an update on his case. Informed the debtor the attorney is working on his file. Debtor inquired if he should pay his car note. Informed the debtor we recommend to. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/09/2025 | Input Case - review & revise drafted petition, schedules prepared by BM. Provide treatment for secured and priority debts. Calculate plan pmt, calculate income & deductions for MT & I. Research SSns on Lexis | 0.90 | $275.00 | $247.50 |
| Service | CO | 05/12/2025 | Contact Debtor (Text/Email): Drafted email to both debtors requesting additional information to prepare their | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|
| | | | case; drafted text to both debtor requesting they review and respond to my email. | | | |
| Service | CO | 05/12/2025 | Reviewed email from debtor with information requested by the attorney. Drafted email to debtor confirming receipt and updated task. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/13/2025 | Contact Debtor (Text/Email): Drafted text to debtor asking for the address to the property association they have a judgement with. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/13/2025 | Review and organize documents provided by debtor: Reviewed text from debtor with address requested by the attorney. Updated the task and forward file to attorney for review. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/15/2025 | Draft email to debtor with bankruptcy options | 0.40 | $275.00 | $110.00 |
| Service | JAC | 05/15/2025 | Calculate plan payment options with and without both houses. not feasible to keep both | 0.50 | $275.00 | $137.50 |
| Service | JC | 05/19/2025 | Call Debtor: Reviewed e-mail from husband regarding filing options; called husband; they want option 2 but he informed that he doesn't owe John Deere anything. I looked at the schedules and didn't see it listed there. He also said that he received a Notice of Lien Cancellation from MDOR. He said they took over $4,000 of his retirement check and then he got the Notice. He said this was not for 2024, as he filed an extension, but it is for the years prior. He said he doesn't think he owes MDOR anything because he hasn't received any kind of bill. The Notice states the reason for cancellation is the liability was satisfied. Drafted e-mail to JAC attaching Notice for her review; discussed signing and that 1st payment is due 30 days from signing. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 05/19/2025 | review email from JC re: taxes to state paid, lien cancelled. Calculate plan pmt to keep 1 house, surrender 2nd house, pay 100% to unsecureds. | 0.20 | $275.00 | $55.00 |
| Service | JAC | 05/19/2025 | review & respond to email form JC | 0.10 | $275.00 | $27.50 |
| Service | JC | 05/19/2025 | Incoming Call: Telephone call from | 0.10 | $155.00 | $15.50 |

|  |  |  | husband; he wanted to make sure that he told me he wanted option 1; informed him that he did and that I sent the changes to the attorney for review. |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JAC | 05/20/2025 | Update treatment on secured debts for Δs to keep both houses. prepare J | 0.20 | $275.00 | $55.00 |
| Service | JC | 05/21/2025 | Incoming Call: Telephone call from wife; discussed filing option 1 and it taking their whole income; after a while of discussing that the only option is to surrender a home, she ended up saying they are not willing to do that, and if she has to go back on the road for nursing, she will; discussed wage order and them paying until it starts; discussed getting garnishments stopped; discussed someone will call to schedule a signing appointment; she asked when, and I told her that it shouldn't be too long but that I could not give her a specific day; drafted e-mail to JAC informing debtors are ready to file option 1 - keeping both houses and they want to file as quickly as possible to stop garnishments. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 05/21/2025 | review & respond to email from jc | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/27/2025 | Prepare Signing Docs | 0.20 | $275.00 | $55.00 |
| Service | TR | 05/28/2025 | Signing | 0.50 | $275.00 | $137.50 |
| Service | JAC | 05/29/2025 | Draft and send text to W to review & sign final bk so we can file the case | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/30/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $275.00 | $110.00 |
| Service | JC | 05/30/2025 | Drafted stop garnishment letter to Wilkerson Law Firm; reviewed Notice of Filing; drafted e-mail memo with letter and Notice attached to SA/GM to obtain TR's approval and signature to prepare for mailing to creditor. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/30/2025 | Reviewed and signed Stop garnishment letter sent to Wilkinson Law Firm and Fresenius Medical Group | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/02/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | e-mail to debtor attaching copy of stop garnishment letter. | | | |
| Service | JC | 06/02/2025 | Prepared fax to Wilkinson Law Firm attaching copy of stop garnishment letter and requesting the garnishment be immediately stopped. | 0.10 | $155.00 | $15.50 |
| Service | CO | 06/02/2025 | Contact Debtor (Text/Email): Reviewed Chapter 13 plan for plan payment information; drafted email to debtor providing her plan payment and information on what to do/expect after filing. | 0.20 | $100.00 | $20.00 |
| Service | CO | 06/02/2025 | Incoming Call: Phone conference with Mariner Finance; Provided debtor's case number. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/03/2025 | Review: 25-01339-JAW Order Upon Employer Directing Deductions from Pay Document# 11 | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/03/2025 | Reviewed court docket for the Plan and the Meeting of Creditors; reviewed Credit Union website and the Secretary of State website to verify creditor addresses; drafted Notice of Plan; drafted email memo to JAC re: review notice of plan | 0.30 | $155.00 | $46.50 |
| Service | JAC | 06/03/2025 | Review: 25-01339-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $275.00 | $55.00 |
| Service | JAC | 06/04/2025 | review & approve drafted notice | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/04/2025 | Review email from Attorney: Reviewed email memo from JAC re: Notice of Plan; revised Notice of Plan with correct dates; prepared the Notice of Plan and the Plan for upload to the court and to add the 6 additional creditors | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/04/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice and the Plan with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | CO | 06/04/2025 | Contact Debtor (Text/Email): Review: 25-01339-JAW Order Upon Employer Directing Deductions from Pay; drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | CO | 06/06/2025 | Review and organize documents | 0.50 | $100.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Created list of missing documents needed for the Trustee. Reviewed and organized Trustee documents into the Trustee website. | | | |
| Service | JC | 06/10/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BM | 06/11/2025 | Incoming Call: Call from debtor to inquire about the post petition credit counseling. Explained that it does have to be completed for the case and resent debtor the information for the course | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/17/2025 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | JC | 06/19/2025 | Reviewed activities in case; began drafting 1st Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 06/19/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$2,494.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/30/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 05/30/2025 | Credit Report | 2.00 | $45.00 | $90.00 |
| Expense | 05/30/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 05/30/2025 | Postage: Mailed Stop garnishment letter to Wilkinson Law Firm and Fresenius Medical Group | 2.00 | $0.69 | $1.38 |
| Expense | 06/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $45.54 | $45.54 |
| Expense | 06/19/2025 | Mailing Expense - Fee Application: Mailing Expense - 1st Fee Application Estimate | 1.00 | $40.32 | $40.32 |
| | | | **Expenses Subtotal** | | **$510.24** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 3.5 | $275.00 | $962.50 |
| Thomas Rollins | | Attorney | 0.9 | $275.00 | $247.50 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | | Non-Attorney | 1.8 | $155.00 | $279.00 |
| Vanessa Martinez | | Non-Attorney | 4.1 | $100.00 | $410.00 |
| Breanne McDaniel | | Non-Attorney | 2.2 | $155.00 | $341.00 |
| Clara Ortega | | Non-Attorney | 1.2 | $100.00 | $120.00 |
| Clara Ortega | | Non-Attorney | 0.6 | $0.00 | $0.00 |
| Kerri Rodabough | | Non-Attorney | 0.8 | $155.00 | $124.00 |
| | | | | **Subtotal** | **$3,004.24** |
| | | | | **Total** | **$3,004.24** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8015 | 07/19/2025 | $3,004.24 | $0.00 | $3,004.24 |
| | | | **Outstanding Balance** | **$3,004.24** |
| | | | **Total Amount Outstanding** | **$3,004.24** |

6/19/25, 1:51 PM                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  `5`  pages

Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents?  `24`  parties

This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  `2`

We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the

Get Estimate!

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
| | 60 | |
| Date and Time: | Thu Jun 19 2025 13:51:12 GMT-0500 (Central Daylight Time) | |
| Total Pages to Print: | 120 | |
| Sheets Per Envelope | 2.5 | |
| First Class Postage Rate | $ 0.73 | |
| Print Rate: | $ 0.19 | |
| Printing Cost: | $ | 22.8 |
| Postage Cost: | $ | 17.52 |
| Total Cost: | $ | 40.32 |

Print This Estimate

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED



# INVOICE

Invoice # 8444
Date: 10/30/2025
Due On: 11/29/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Tammy Marie Walton and Tommie Earl Walton

## 05867-Walton Tammy Marie Walton and Tommie Earl

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 06/19/2025 | Drafted 1st Invoice for services rendered and prepared Lodestar Analysis. | 0.20 | $0.00 | $0.00 |
| Service | JC | 06/19/2025 | Completed drafting 1st Application for Compensation utilizing Lodestar Analysis; drafted Notice, Affidavit, and proposed Order. | 0.20 | $0.00 | $0.00 |
| Service | JC | 06/19/2025 | Drafted memo to TR attaching Application for Compensation, Lodestar Analysis, Exhibit A, and proposed Order for his review; drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | TR | 06/25/2025 | Review and approve 1st Fee App | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/25/2025 | Review: 25-01339-JAW Objection to Confirmation of the Plan Document# 19 | 0.10 | $275.00 | $27.50 |
| Service | JC | 06/26/2025 | Reviewed memo from TR regarding Notice with Application, Exhibit A, and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | CO | 06/27/2025 | Call Debtor: Reviewed voicemail from debtor asking about the Summit Financial Education course. Called | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor and advised they would have to create a new account as the two course providers are not the same. | | | |
| Service | JC | 06/27/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Final Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/27/2025 | Reviewed Certified Mail Receipt Capital One Auto received in the mail. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/01/2025 | Incoming Call: Telephone call from debtors informing they are at the office for MOC but the office is not open; informed that their meeting is at 8:30 and someone should be there by 8:20 am. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/01/2025 | Ch 13 Meeting of Creditors Harold J. Barkley Jr. | 0.30 | $275.00 | $82.50 |
| Service | JAC | 07/01/2025 | Update claims based on POC's filed. Calculate plan pmt based on new claim amounts. | 0.20 | $275.00 | $55.00 |
| Service | JAC | 07/02/2025 | Review: 25-01339-JAW Personal Financial Management Course (Certificate) Document# 23 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/02/2025 | Review: 25-01339-JAW Personal Financial Management Course (Certificate) Document# 24 | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/02/2025 | Contact Debtor (Text/Email): Reviewed IRS POC; drafted text message to both debtors requesting they file their 2024 tax return and provide me with a signed copy, provided e-mail address. | 0.10 | $155.00 | $15.50 |
| Service | CO | 07/02/2025 | Contact Debtor (Text/Email): Sent text to debtor asking for paystubs after May 2 showing the creditor garnishment. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/02/2025 | Review: 25-01339-JAW Hearing Set Document# 25 | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/03/2025 | Call Debtor: Called wife; she said that she will e-mail the tax return to me today; she checked to make sure she had my e-mail address in the text message. | 0.10 | $155.00 | $15.50 |

| Service | JC | 07/03/2025 | Contact Debtor (Text/Email): Reviewed e-mail received from wife with link to tax return; drafted reply informing I cannot access the link and to resend and attach a signed copy of their 2024 tax return. | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|---|------|---------|--------|
| Service | JC | 07/07/2025 | Drafted text message to both debtors requesting they resend their signed 2024 tax return. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/07/2025 | Review: 25-01339-JAW Notice with mailing Document# 27 | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/08/2025 | Call Debtor: Reviewed signature documents submitted by husband; called husband and explained that I need the actual tax return that was filed and that they both need to sign it; he said he will go to the tax office and pick it up. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/08/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; called debtor, left voicemail, drafted text message requesting a call regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/08/2025 | Incoming Call: Telephone call from wife regarding MTD; she said she cannot pay the delinquent amount; discussed that she told the trustee at the MOC that she could not pay due to still being garnished; discussed her garnishments and requested she send her last pay stub showing garnishment; she said she did already and I requested she send it again as we have not received it; she said at one point she was being garnished by 4 or 5 creditors; inquired who is now garnishing and she said that she did not know; requested she find out from her employer so I can look into it again; she said that she does not have any money to pay the amount due; she said she has a flat tire and can't even get it repaired; I asked how much she was being garnished and she said she did not know; she said she can pay something when she gets paid Friday, July 11th and send $4,482.50 on July 25th; she said that is all she can pay; discussed paying extra over the next few months to | 0.80 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | catch up and she got upset with me; discussed Motion to Allow Payment Arrearage and she wants to try for that; let her know that it might not be an option; asked if she would be able to pay it with an increase in payments, and she said she could; this is where we are: She is going to e-mail me a copy of her pay stub and find out who is garnishing for me to try to resolve; I am going to check on Motion to Allow Payment Arrearage; drafted memo to TR regarding Motion.<br><br>**33 minute phone call plus another 10 minutes to make notes and e-mail TC. | | | |
| Service | KR | 07/08/2025 | Incoming Call: Telephone conference with debtor requesting JC email address to mail the taxes requested; provided email address | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/09/2025 | Reviewed two e-mails from tax preparer, one with the 2024 tax return and one with password to access the return; return included all instructions and worksheets; reduced to only what is needed for filing; drafted e-mail to both debtors attaching a copy of the tax return and requesting they both sign and return it to me; drafted text message to both debtors informing I sent an e-mail to them. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/09/2025 | Contact Debtor (Text/Email): Reviewed memo from TR regarding filing Motion to Allow Payment Arrearage; drafted text message to wife informing her that we can file the Motion but we have to have pay stubs showing garnishment. | 0.10 | $155.00 | $15.50 |
| Service | SA | 07/09/2025 | In-Office Conference: Wife brought in paystubs that were requested; both signed the second page of their 2024 tax returns as requested; uploaded all to client docs and drafted email to JC with documents attached | 0.20 | $100.00 | $20.00 |
| Service | JC | 07/10/2025 | Reviewed 2024 tax return signed by both debtors; reviewed IRS POC to determine case administrator; drafted e-mail to C. Rakes with the IRS attaching tax return and POC and requested the POC be amended. | 0.20 | $155.00 | $31.00 |

| Service | JC | 07/10/2025 | Reviewed pay stubs submitted by debtor reflecting ongoing garnishment; drafted e-mail to JAC attaching same for her review. | 0.10 | $155.00 | $15.50 |
|---------|-----|------------|---|------|---------|--------|
| Service | JC | 07/10/2025 | Reviewed updated pay stubs submitted by debtor; drafted Response to TT's MTD and Motion to Allow Payment Arrearage; drafted e-mail to JAC attaching same and explaining reason for debtors' delinquency. | 0.50 | $155.00 | $77.50 |
| Service | JAC | 07/10/2025 | Review: 25-01339-JAW Updated Claim #9 for Creditor Gulfco of Mississippi, LLC Gulfco of Mississippi, LLC Document# 9 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/10/2025 | Review and revise drafted motion/ notice prepared by jc | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/11/2025 | Reviewed e-mail from legal assistance for mortgage company inquiring if we want an AO; reviewed Objection; drafted e-mail to TR attaching same and informing they want debtors to pay direct insurance and taxes; requested approval for AO reflecting same. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/11/2025 | Reviewed e-mail from Carey, legal assistance for mortgage company, requesting I copy Eric on my reply regarding AO as Carey will be out of the office next week; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2025 | Reviewed letter fro Prudential informing they do not have an property owned by the Mr. Walton and no assets to turn over to us. They attached our Application for Compensation. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2025 | Reviewed memo from JAC approving Response to trustee's Motion to Dismiss and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2025 | Reviewed memo from JAC regarding Notice, Motion to Allow Payment Arrearage, and proposed Order; prepared Notice with Motion for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/11/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared | 0.20 | $155.00 | $31.00 |

| | | | Motion to Allow Payment Arrearage and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court. | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 07/14/2025 | Review: 25-01339-JAW Response Document# 32 | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/14/2025 | Contact Debtor (Text/Email): Reviewed e-mail from JAC informing we cannot do anything to stop garnishment until the debtors tell us who is garnishing; drafted text message from debtor requesting name of creditor. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/14/2025 | Contact Debtor (Text/Email): Reviewed text message from wife informing she does not know who is garnishing but she will try to find out; drafted reply informing we cannot stop it until we know who it is. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/15/2025 | Contact Debtor (Text/Email): Reviewed memo from TR informing he does not know why the mortgage company wants the taxes and insurance paid direct but to check with the debtors; drafted text message to wife regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/15/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring if the amount of mortgage would change; drafted reply informing I will find out; drafted e-mail to attorney for mortgage company - The debtor inquired if this would change the total amount of mortgage payment or if the mortgage paid in the plan plus the taxes/insurance they pay directly would be the same as it is now. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/16/2025 | Review: 25-01339-JAW Hearing Set Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/17/2025 | Drafted follow-up e-mail to Carey inquiring if the amount of mortgage would change and agreeing to a continuance. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/18/2025 | Reviewed e-mail from mortgage company attorney requesting a continuance; drafted reply informing we agree to continue. | 0.10 | $155.00 | $15.50 |

| Service | JC | 07/18/2025 | Mortgage co. attorney has not responded; drafted memo to TR inquiring if paying their taxes and insurance would change the total amount of mortgage payment or if the mortgage paid in the plan plus the taxes/insurance they pay directly would be the same as it is now. | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | JC | 07/18/2025 | Reviewed e-mail from the Court resetting confirmation hearing to August 18th. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/18/2025 | Review: 25-01339-JAW Order Setting, Resetting, or Continuing a Hearing Document# 35 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/22/2025 | Review: 25-01339-JAW Document Document# 37 | 0.10 | $275.00 | $27.50 |
| Service | KR | 07/22/2025 | Incoming Call: Telephone conference with debtor about a notice in the mail about a reset of hearing; reviewed court docket and explained that it was for the Objection filed by the mortgage company; she wanted to know what her mortgage payment would be; reviewed previous tasks and informed her that we are working on negotiating the terms and would not know until an order has been uploaded and approved. | 0.20 | $0.00 | $0.00 |
| Service | JC | 07/22/2025 | Reviewed e-mail from TR informing we need to keep asking the mortgage company if debtors paying their taxes and insurance directly would change the total amount of mortgage payment or if the mortgage paid in the plan plus the taxes/insurance they pay directly would be the same as it is now; TR informed to keep asking until we get an answer; drafted e-mail to attorney for mortgage company inquiring same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/22/2025 | Reviewed docket; POC not yet amended; drafted follow-up e-mail to C. Rakes with the IRS regarding amending POC. | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/23/2025 | Incoming Call: Telephone conference with debtor about the Notice of Hearing he received in the mail per the Motion to Allow Payment Arrearages; explained that they do not have to attend unless our office | 0.10 | $155.00 | $15.50 |

| | | | calls and informs them of this; also informed him why a hearing was set. | | | |
|---------|-----|------------|---------------------------------------------------------------------------|------|----------|----------|
| Service | JAC | 07/23/2025 | Review: 25-01339-JAW Order on Application for Compensation Document# 38 | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/28/2025 | Called Carey, mortgage co. legal assistant, left voicemail, drafted e-mail inquiring about debtors paying their taxes and insurance directly and the affect on the total amount. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/29/2025 | Reviewed docket; IRS POC has been amended. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/29/2025 | Reviewed e-mail from Carey informing she is currently awaiting a response from their client regarding the mortgage payment amount, and that once she has confirmed, she will advise; drafted reply reminding her that the hearing is August 18th. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/29/2025 | Reviewed case notes; reviewed trustee's site for payments received; called debtor - she said the payment received July 22 was not a full check but the garnishments have stopped and she was paid last Friday; she said the next payment to the trustee will be the full bi-weekly amount; drafted e-mail to Josh and Justin, staff attorneys, informing same and informing a Motion to Allow Payment Arrearage has been filed; requested an AO. | 0.30 | $0.00 | $0.00 |
| Service | JC | 07/29/2025 | Reviewed e-mail from Justin informing since this was not their fault and the garnishment had not been stopped, he can agreed to deny the MTD and grant the motion to allow payment arrearages, he will send an agreed order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/31/2025 | Reviewed e-mail from C. Monroe informing the creditor said the loan is being treated as a total debt and the total amount that will be paid does not include the escrow (insurance and taxes). Any escrow would be paid aside from the total debt and usually would be paid by debtor directly unless court orders different; drafted reply informing that the debtor needs to know if the escrow plus the | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | mortgage that they were paying will remain the same once they pay the escrow direct. | | | |
| Service | JAC | 08/04/2025 | Amend Plan, Sched I | 0.20 | $275.00 | $55.00 |
| Service | JC | 08/05/2025 | Contact Debtor (Text/Email): Prepared Amended Plan for debtors' signatures; drafted e-mails to both debtors via Clio e-sign to obtain their signatures on same. | 0.10 | $0.00 | $0.00 |
| Service | JC | 08/05/2025 | Contact Debtor (Text/Email): Prepared Supp I,J for debtors' signatures; drafted e-mails to both debtors via Clio e-sign to obtain their signatures on same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/07/2025 | Contact Debtor (Text/Email): Reviewed Clio e-sign; neither Amended Plan or Supp I and J signed; drafted text message to both debtors regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/08/2025 | Drafted memo to TR forwarding what the creditor said regarding the escrow and mortgage total amount for his review. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/08/2025 | Call Debtor: Called wife regarding signing Amended Plan and Schedule I, J; she inquired what documents are being amended; explained same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/11/2025 | Contact Debtor (Text/Email): Reviewed memo from TR informing he would pay the escrow directly instead of through the plan if it were him; drafted text message to debtors informing same and requesting they let me know if that is okay. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/11/2025 | Call Debtor: Reviewed Clio - Amended I, J signed but Amended Plan is not; called debtor regarding same; she looked through her e-mails and could not find it; she asked why it is being amended and I explained that the IRS changed their POC and we have to amend the plan to reflect the same; she asked why didn't someone check with her first; I explained that when I asked for the signed 2024 tax return, I explained it to her then; informed her that the amended plan is just the part when we actually change it in the BK; asked her to please | 0.50 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | review the amended plan, and then if she has questions, she can call me; informed her that TR advised paying her escrow outside of the BK will be cheaper for her; she wants me to find out why; drafted memo to TR inquiring same; drafted e-mails to both debtors via Clio e-sign to obtain their signatures on the Amended Plan; drafted text messages to both debtors to inform e-mail was sent. | | | |
| Service | JC | 08/11/2025 | Call Debtor: The text to debtor regarding escrow did not send; called wife regarding paying escrow directly and informed that TR said it would be more to pay it through the plan; she said I need to find out why and let her know; she said it shouldn't matter how it is paid; reviewed plan; drafted memo to TR asking why escrow would be more if paid in the plan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/13/2025 | Call Debtor: Reviewed text message from TR informing if escrow is paid through the plan, then the TT will be paid a fee for paying it; called debtor and informed same; she told me it was just not true that the mortgage company wants it paid that way because she filed Ch 13 before; she asked which mortgage because she has two; reviewed Objection to Confirmation; informed it is her Federal Home Loan mortgage; she said she didn't have a mortgage with them; viewed POCs and informed it is her mortgage with Selene/Federal Home Loan; debtor asked a lot of questions and I answered what I could; discussed her plan payments; I finally told her that I needed to set up a telephone conference with her and TR; reviewed calendar and scheduled appointment. | 0.70 | $0.00 | $0.00 |
| Service | JC | 08/13/2025 | Call Debtor: Reviewed Clio - wife signed amended plan but husband has not; called wife and informed same. She said she will get him to sign. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/13/2025 | Incoming Call: Telephone call from husband informing he is having problems signing the amended plan electronically and requested to come to the office; reviewed calendar; chat | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | correspondence with VM; scheduled appointment for today at 3:15; drafted chat memo to VM attaching amended plan. | | | |
| Service | JC | 08/13/2025 | Reviewed e-mail from attorney's office regarding another property and paying escrow; drafted memo to TR requesting he address this with debtor during his phone conference with wife. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/15/2025 | Reviewed e-mail from VM attaching Modified Plan executed by husband; reviewed modified plan e-signed by wife; revised through Best Case with date executed; drafted Notice of Modified Plan; merged with plan; reviewed supplemental I,J executed by both debtors; revised through Best Case with date executed; drafted memo to JAC attaching all documents for her review. | 0.50 | $0.00 | $0.00 |
| Service | JC | 08/15/2025 | Reviewed memo from TR informing debtor agreed to pay the escrow directly; reviewed e-mail from mortgage attorney requesting a continuance; drafted reply to attorney agreeing to the continuance and requesting they draft an AO to pay the amount owed at 10% interest and taxes and insurance directly by the debtor. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/15/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $0.00 | $0.00 |
| Service | JAC | 08/15/2025 | Review: 25-01339-JAW Order on Motion to Allow Payment Arrearages Document# 43 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/15/2025 | Review: 25-01339-JAW Order Setting, Resetting, or Continuing a Hearing Document# 42 | 0.10 | $0.00 | $0.00 |
| Service | JC | 08/15/2025 | Reviewed e-mail from mortgage attorney informing hearing has been reset to 09-08-2025. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/18/2025 | review & revise drafted schedules, notice | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/19/2025 | Review: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 46 | 0.10 | $275.00 | $27.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 08/19/2025 | Contact Debtor (Text/Email): Reviewed: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/19/2025 | Reviewed memo from JAC regarding Amended J, modified plan, and Notice; revised Amended J, and Notice; prepared Notice with Amended Plan for upload to COS.com | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/19/2025 | Call Debtor: Telephone call from KR informing debtor called regarding her amended wage order; called debtor; she said that she cannot afford the new plan payments and wanted to know why they increased; reviewed docket and explained that the trustee cured her payments as we had previously discussed, and that the delinquent amount was spread over the remainder of her plan payments; I also explained that the Amended Plan had not yet been entered so her plan payments would be lower; she went on a long and loud explanation as to why she cannot pay that amount; I again explained that the Amended Plan had not yet been entered and her plan payments would be lower; explained that they would be higher than what the Amended Plan reflects as the cured amount will need to be added; she said that she is paying 100% of her check to the BK and it will get dismissed if she can't pay it. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/19/2025 | Review: 25-01339-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 47 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/20/2025 | Prepared Amended Schedule J, Summary, and Declaration for filing with the Court. Prepared Amended Plan for filing with the Court. Reviewed Declaration of Mailing Notice and Amended Plan and prepared for filing with the Court. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 08/21/2025 | Review: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 52 | 0.10 | $275.00 | $27.50 |
| Service | CO | 08/22/2025 | Contact Debtor (Text/Email): | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | | | |
| Service | JC | 09/03/2025 | Reviewed docket - no AO filed; drafted e-mail to mortgage company attorney to follow up on AO. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/04/2025 | Reviewed e-mail from mortgage company legal assistant informing they are still waiting on their client and requested another continuance; drafted reply agreeing to same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/05/2025 | Review: 25-01339-JAW Order Setting, Resetting, or Continuing a Hearing Document# 54 | 0.10 | $275.00 | $27.50 |
| Service | JC | 09/05/2025 | Review and respond to email memo: Reviewed e-mail from mortgage company attorney informing hearing has been reset again; drafted reply regarding same. | 0.10 | $0.00 | $0.00 |
| Service | JC | 09/11/2025 | Reviewed e-mail from mortgage attorney with attached AO with e-mail correspondence from all parties agreeing to same; drafted reply inquiring when the debtor should start paying the taxes and insurance. | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/12/2025 | Incoming Call: Telephone conference with debtor about the Notice of Hearing she received in the mail per the Objection to Confirmation; explained why there was a hearing and the terms of the Order that will be agreed upon due to the taxes and insurance being paid direct | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/15/2025 | Review: 25-01339-JAW Response Document# 56 | 0.10 | $275.00 | $27.50 |
| Service | JC | 09/16/2025 | Drafted follow-up e-mail to mortgage company attorney inquiring when the debtor should start paying the taxes and insurance. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/16/2025 | Review: 25-01339-JAW Hearing Set Document# 57 | 0.10 | $275.00 | $27.50 |
| Service | JC | 09/16/2025 | Reviewed e-mail from Carey, mortgage company attorney's assistant, informing she is waiting to find out if the 2024 taxes have been paid. | 0.10 | $0.00 | $0.00 |

| Service | JC | 09/18/2025 | Called Carey, mortgage company attorney's assistant, left voicemail, drafted e-mail inquiring if the debtors need to go ahead and start paying the insurance; informed her that I am unsure if the insurance is monthly or how it is paid and I just do not want the debtors to get behind on their payments. | 0.20 | $155.00 | $31.00 |
|---|---|---|---|---|---|---|
| Service | JC | 09/19/2025 | Reviewed e-mail from Carey informing she is going to check with the mortgage company to find out when debtor needs to start paying insurance; drafted reply. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/19/2025 | Reviewed e-mail from Carey with attached AO for TC's signature and informing debtors are responsible for taxes and insurance; drafted reply: Mr. Rollins agreed to his signature on September 11th. What I am trying to find out is when the debtors need to start paying the insurance. I know you are contacting your client to find out if the 2024 taxes have been paid. I do not want the debtors to get behind on the insurance. Please advise as soon as possible. | 0.10 | $0.00 | $0.00 |
| Service | JC | 09/22/2025 | Reviewed e-mail from Carey informing she is filing the AO and providing a copy of what the creditor said about taxes and insurance; drafted memo to TR providing same for his review of when debtor will start paying. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/25/2025 | Review: 25-01339-JAW Order on Objection to Confirmation Document# 59 | 0.10 | $0.00 | $0.00 |
| Service | JC | 09/29/2025 | Reviewed memo from TR regarding AO on Objection to Confirmation; reviewed case notes to make sure debtor was aware of paying taxes and insurance. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/06/2025 | Review: 25-01339-JAW Order (Generic) Document# 62 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/07/2025 | Review: 25-01339-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 63 | 0.10 | $0.00 | $0.00 |
| Service | CO | 10/09/2025 | Contact Debtor (Text/Email): Reviewed: 25-01339-JAW Amended | 0.10 | $0.00 | $0.00 |

Invoice # 8444 - 10/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Order Upon Employer Directing Deductions from Pay and emailed to debtor. | | | |
| Service | JAC | 10/13/2025 | Review: 25-01339-JAW Motion and 30 Day Notice to Modify Plan Document# 67 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/22/2025 | Review: 25-01339-JAW Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 70 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 10/23/2025 | Review: 25-01339-JAW Motion and 30 Day Notice to Modify Plan Document# 71 | 0.10 | $275.00 | $27.50 |
| Service | TR | 10/24/2025 | Review and revise itemizations | 0.20 | $275.00 | $55.00 |
| Service | JC | 10/30/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.50 | $155.00 | $77.50 |
| Service | JC | 10/30/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$2,097.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/26/2025 | Mailing Expense - 1st Fee Application Estimate vs Actual Difference | 1.00 | $25.56 | $25.56 |
| Expense | 07/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $35.20 | $35.20 |
| Expense | 08/19/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $67.50 | $67.50 |
| Expense | 10/30/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $107.20 | $107.20 |
| | | | **Expenses Subtotal** | | **$235.46** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.7 | $275.00 | $742.50 |

Invoice # 8444 - 10/30/2025

| | | | | |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.9 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.2 | $275.00 | $55.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 7.6 | $155.00 | $1,178.00 |
| Jacki Curry | Non-Attorney | 4.4 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.4 | $155.00 | $62.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$2,332.96** |
| | | | **Total** | **$2,332.96** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8015 | 07/19/2025 | $3,004.24 | $0.00 | $3,004.24 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8444 | 11/29/2025 | $2,332.96 | $0.00 | $2,332.96 |
| | | | **Outstanding Balance** | **$5,337.20** |
| | | | **Total Amount Outstanding** | **$5,337.20** |

10/30/25, 2:11 PM                                              Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  `10`  pages
Our rate is dependant on the number of pages you are intending to upload.
Simply look at the page count in your pdf document(s) and input that number
of pages in the box at right.

**2** How many parties will be receiving your documents?  `40`  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight.
Printing on only one side of the sheet will quickly increase
the cost of the postage incurred.

**4** We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

200

| | |
|---|---|
| Date and Time: | Thu Oct 30 2025 14:11:10 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 400 |
| Sheets Per Envelope | 5 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $ 76 |
| Postage Cost: | $ 31.200000000000003 |
| Total Cost: | $ 107.2 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED